AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
RACHEL MARIE POWELL
D.O.B ▮

Defendant(s)

Case: 1:21-mj-00197
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/3/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c) | Obstruction |
| 18 U.S.C. § 1361 | Depredation of Government Property |
| 18 U.S.C. § 1752(b)(1)(A) | Restricted Building or Grounds with a Dangerous Weapon |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See Affidavit in Support of Criminal Complaint, incorporated herein by reference.

☐ Continued on the attached sheet.

*Complainant's signature*

Carlos Fontanez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/03/2021

*Judge's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*