# Exhibit C

# Placeholder for Video Provided by DVD