# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 21-mj-197 (GMH)** |
| : | |
| **RACHEL MARIE POWELL,** : | |
|     **Defendant.** : | |

## TRANSPORT ORDER

Having considered the United States' Motion to have the defendant Rachel Marie Powell transported from the Western District of Pennsylvania to the District of Columbia for further proceedings on the Complaint filed against her, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Western District of Pennsylvania to the District of Columbia for further proceedings in this matter.

DATE: February __, 2021

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA