# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-mj-197 (GMH) |
| : | |
| **RACHEL MARIE POWELL,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Appeal of Release Order and Motion for Emergency Stay and for Review of Detention Order as to defendant Rachel Marie Powell,

It is this _____ day of February, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Western District of Pennsylvania Magistrate Judge on February 9, 2021, as to defendant Rachel Marie Powell is **STAYED** pending review of the detention decision by this Court.

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA