UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.: 21-mj-00197 (GMH) |
| | : | |
| **RACHEL MARIE POWELL,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Lucy Sun. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Massachusetts Bar No. 691766
Assistant United States Attorney
Detailee
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                 /s/ *Lucy Sun*
                                                 Lucy Sun
                                                 Assistant United States Attorney