**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 21-cr-00179 (RCL)** |
| **vs.** : | |
| : | |
| **RACHEL MARIE POWELL** : | |
| : | |

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, RACHEL MARIE POWELL, in the above-referenced matter.

Respectfully submitted:

/s/ Michael J. Engle
Michael J. Engle
D.C. Bar No. 1619444
Armstrong Teasdale, LLP
2005 Market Street
One Commerce Square, 29th Floor
Philadelphia, PA 19103
Tel: 267.780.2063
ATTORNEY FOR DEFENDANT