UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-cr-179-RCL |
| v. : | |
| : | |
| RACHEL POWELL, : | |
| : | |
| Defendant. : | |

## UNITED STATES' UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, should any co-defendants later be joined, the United States requests that any order granting this motion be made applicable to co-defendants.

The United States conferred with counsel for the defendant regarding this motion and the defendant does not oppose this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

    By:    /s/ *Lucy Sun*
    Lucy Sun
    Massachusetts Bar No. 691766
    Assistant United States Attorney
    Detailee
    United States Attorney's Office
    for the District of Columbia
    Telephone No. (617) 590-9468
    Lucy.sun@usdoj.gov