## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **RACHEL MARIE POWELL**, <br><br>     *Defendant.* | Case No. 21-cr-179 (RCL) |

### ORDER

On April 16, 2021, the Court ordered defendant Rachel Marie Powell to show cause why the Court should not revoke her pre-trial release, detain her pending trial, or hold her in contempt for wearing a mesh mask in violation of her condition of pre-trial release that she wear a mask whenever she leaves her house. ECF No. 20 at 2. The Court also directed defense counsel to explain in the show-cause filing his alleged instruction to defendant to dispose of the mask. *Id.* Defendant timely responded to the Court's Order. ECF No. 24.

In her show-cause filing, defendant says that she did not wear the mesh mask to mock the Court. *Id.* at 5. She acknowledges that wearing it was a poor decision and apologizes for her behavior. *Id.* In support of these representations, defendant submits letters from members of her church congregation attesting that defendant is typically seen wearing an opaque face covering over her nose and mouth. *See id.* at 6. Furthermore, defense counsel explains in the show-cause filing that he never instructed defendant to dispose of the mask. *Id.* at 7. Counsel represents that he advised defendant to never wear the mesh mask, or any mask like it, ever again. *Id.*

The Court is satisfied with defendant's show-cause filing. At this time, it has no reason to believe that her apology is not genuine and that she will not continue to comply with her conditions

of pre-trial release. Nor does the Court believe that defense counsel engaged in any misconduct. Accordingly, the Court's Order to show cause, ECF No. 20, is hereby **DISCHARGED**. No action with respect to defendant's pre-trial release will be taken at this time.

It is **SO ORDERED**.


Date: April 27, 2021

Hon. Royce C. Lamberth
United States District Judge