**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 21-cr-179 (RCL)** |
| **vs.** : | |
| : | |
| **RACHEL MARIE POWELL** : | |
| : | |

**O R D E R**

**AND NOW,** to wit this ____ day of _____, 2021, upon consideration of *Defendant's Unopposed Motion to Continue Status Conference*, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that *Defendant's Unopposed Motion to Continue Status Conference* is GRANTED and it is ORDERED that the Status Conference is re-scheduled to _____.

BY THE COURT:

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge

**Armstrong Teasdale LLP**
By: Michael J. Engle, Esquire
District of Columbia Bar No. 1619444
2005 Market Street
One Commerce Square, 29th Floor
Philadelphia, PA 19103
Tel:  267.780.2063                                                                **ATTORNEY FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 21-cr-179 (RCL)** |
| vs. : | |
| : | |
| **RACHEL MARIE POWELL** : | |
| : | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, RACHEL MARIE POWELL, by and through her counsel, MICHAEL J. ENGLE, ESQUIRE hereby moves this Honorable Court to GRANT *Defendant's Unopposed Motion to Continue Status Conference*, and asserts the following reasons therefore:

1. On March 12, 2021, this Honorable Court scheduled a video status conference in this matter for May 7, 2021 at 11:00 a.m.

2. An unanticipated personal matter involving domestic air-travel on May 7, 2021 has created a scheduling conflict for the undersigned counsel. Counsel seeks leave of the Court to re-schedule the status conference in order to accommodate this travel.

3. Counsel for the Defendant would respectfully request a short, perhaps one week, continuance of the status conference in this matter to a date that is convenient for the Court and counsel.

4. AUSA Lucy Sun on behalf of the government has no objection to the foregoing motion and the relief sought herein.

WHEREFORE, the Defendant, RACHEL MARIE POWELL, respectfully requests that this Honorable Court grant *Defendant's Unopposed Motion to Continue Status Conference*.

RESPECTFULLY SUBMITTED:

/s/ Michael J. Engle_____
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Michael J. Engle, Esquire, hereby certify that I have forwarded by electronic filing, a true and correct copy of the forgoing *Defendant's Unopposed Motion to Continue Status Conference* to the following persons:

The Honorable Royce C. Lamberth
U.S. District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington DC 2001

Lucy Sun, AUSA
U.S. Attorney's Office
Lucy.sun@usdoj.gov

  /s/ Michael J. Engle
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

DATED: May 3, 2021