IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     DOCKET NO. 21-cr-179 (RCL) |
| vs. | : |
| | : |
| RACHEL MARIE POWELL | : |
| | : |

## ORDER

AND NOW, to wit this 5th day of May, 2021, upon consideration of *Defendant's Unopposed Motion to Continue Status Conference*, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that *Defendant's Unopposed Motion to Continue Status Conference* is GRANTED and it is ORDERED that the Status Conference is re-scheduled to **Wednesday, May 12, 2021 at 11:00 AM**.

BY THE COURT:

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge