**Armstrong Teasdale LLP**
By: Michael J. Engle, Esquire
District of Columbia Bar No. 1619444
2005 Market Street
One Commerce Square, 29th Floor
Philadelphia, PA 19103
Tel:  267.780.2063                                          **ATTORNEY FOR DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 21-cr-179 (RCL)** |
| vs. : | |
| : | |
| **RACHEL MARIE POWELL** : | |
| : | |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

MICHAEL J. ENGLE, ESQUIRE, counsel for Defendant, RACHEL MARIE POWELL, hereby moves this Honorable Court to GRANT the *Motion to Withdraw as Counsel*, and asserts the following reasons therefore:

1. On or about February 11, 2021, counsel for the Defendant, Michael J. Engle, Esquire, represented the Defendant at the Government's Appeal of Release Order. DE # 11 of Docket 21-mj-00197 (GMH).

2. On March 4, 2021, counsel for the Defendant entered his appearance on behalf of the Defendant in the above docket number. DE# 14.

3. Counsel believes that he has been both effective and vigorous in his representation of the Defendant.

4. However, the Defendant no longer appears to be in a position to meet her financial obligations to counsel per the terms of their engagement agreement.

5. On January 7, 2022, counsel for the Defendant informed this Honorable Court, during a status conference, that Ms. Powell was struggling to meet her financial obligations to counsel and would be seeking to engage new counsel.

6. The Defendant has made application for court-appointed counsel, and on January 31, 2022, upon oral motion, Magistrate Judge G. Michael Harvey granted Ms. Powell's request for the appointment of new counsel with certain conditions.

7. Given that the Defendant has been approved for the appointment of new counsel from the CJA Panel, the undersigned counsel respectfully requests that he be relieved as counsel in this matter and permitted to withdraw.

WHEREFORE, counsel for the Defendant, Michael J. Engle, Esquire and the law firm of Armstrong Teasdale LLP respectfully requests this Honorable Court allow them to withdraw as counsel on behalf of the Defendant, Rachel Marie Powell.

RESPECTFULLY SUBMITTED:

/s/   Michael J. Engle, Esquire  
MICHAEL J. ENGLE, ESQUIRE  
ATTORNEY FOR DEFENDANT