**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 21-cr-179 (RCL)** |
| vs. : | |
| : | |
| **RACHEL MARIE POWELL** : | |
| : | |

**O R D E R**

    **AND NOW,** to wit this _____ day of _____, 2022, upon consideration of the *Motion to Withdraw as Counsel* filed by counsel for the Defendant, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw as Counsel is GRANTED. Michael J. Engle, Esquire and the law firm of Armstrong Teasdale LLP are hereby permitted to withdraw as counsel on behalf of the Defendant, Rachel Marie Powell.

                                BY THE COURT:

                                _____
                                HONORABLE ROYCE C. LAMBERTH
                                United States District Court Judge