**CERTIFICATE OF SERVICE**

I, Michael J. Engle, Esquire, hereby certify that a true and correct copy of the foregoing *Motion to Withdraw as Counsel* will be served on the following persons via electronic filing:

The Honorable Royce C. Lamberth
U.S. District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington DC 2001

The Honorable G. Michael Harvey
U.S. District Court for the
District of Columbia
333 Constitution Avenue N.W.
Washington DC 2001

Lucy Sun, AUSA
U.S. Attorney's Office
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530

/s/ Michael J. Engle_____
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

DATED: January 31, 2022