NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number 21-179(RCL)

**Rachel Powell**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Steven Kiersh #323329**
(Attorney & Bar ID Number)

Steven R. Kiersh
(Firm Name)

**5335 Wisconsin Avenue N.W. 440**
(Street Address)

**Washington, D.C. 20015**
(City)      (State)      (Zip)

**(202) 347-0200**
(Telephone Number)