✎ CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. __21-cr-179 (RCL)__

**United States** vs. **Rachel Marie Powell**

ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS

Check one or both ☐ ☑

WHEREAS, __Steven Kiersh, CJA, Bar ID #323329__ was appointed as counsel for the above defendant/petitioner, on the __3rd__ day of __February__, __2022__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __500__ be paid by said defendant/petitioner or by _____ as follows:

Defendant shall pay $500.00 toward the cost of her representation on or before the 10th of each month, beginning in February 2022 and continuing for 18 months.

Payments shall be made by check or money order made out to "Clerk, US District Court" and shall be sent to U.S. District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001.

Payments shall be identified, either by a notation on the payment instrument or in an attached document, with the following information in substantially this format: U.S. v. Powell, 21-cr-179 (RCL); payment for appointed counsel pursuant to 18 U.S.C. section 3006A(f).

Defendant may seek relief from this Order in the interests of justice if her financial situation changes materially or for any other appropriate reason.

Dated February 3, 2022

The Honorable G. Michael Harvey
United States Judge/Magistrate

**DISTRIBUTION:**   **COURT'S FILE**   **COURT APPOINTED COUNSEL**   **PERSON REPRESENTED**   **CLERK'S FILE**