IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | DOCKET NO. 21-cr-179 (RCL) |
| vs. : | |
| : | |
| RACHEL MARIE POWELL : | |
| : | |

## O R D E R

Upon consideration of the *Motion to Withdraw as Counsel* filed by counsel for the Defendant, it is hereby

**ORDERED,** that the Motion to Withdraw as Counsel is GRANTED. Michael J. Engle, Esquire and the law firm of Armstrong Teasdale LLP are hereby permitted to withdraw as counsel on behalf of the Defendant, Rachel Marie Powell.

BY THE COURT:

_____
HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge