# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RACHEL MARIE POWELL,**<br><br>**Defendant.** | Case No. 21-cr-179 (RCL) |

## ORDER APPOINTING COUNSEL

The Court has reviewed Defendant's financial affidavit dated January 25, 2022, and finds that Defendant has financial resources that are in excess of the amount needed to provide her and any dependents with the necessities of life but are insufficient to pay fully for retained counsel. The Court therefore finds that Defendant is eligible for appointment of counsel under the Criminal Justice Act but is also financially capable of making monthly payments toward her representation pursuant to 18 U.S.C. 3006A(f). Accordingly, it is hereby

**ORDERED** that Steven Kiersh, CJA, Bar ID #323329, is appointed to represent Defendant in this matter. It is further

**ORDERED** that Defendant shall pay the amount of $500.00 per month by the tenth of each month as reimbursement for the costs of her defense, beginning in February 2022 and continuing for 18 months. A separate Order will be entered with the details of the payments. Defendant may seek relief from these Orders in the interests of justice if her financial situation changes materially or for any other appropriate reason.

**SO ORDERED**.

**Date:** February 3, 2022

_____
G. Michael Harvey
United States Magistrate Judge