UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.            Cr. 21-179 (RCL)

RACHEL POWELL

### CONSENT MOTION TO CONTINUE SCHEDULED STATUS HEARING DATE

Defendant, Rachel Powell, by and through undersigned counsel, does hereby respectfully seek to continue the presently scheduled status hearing date of March 2, 2022. In support thereof, defendant sets forth as follows:

1. Defendant has been indicted related to events at the United States Capitol on January 6, 2021.

2. Undersigned counsel entered his appearance as replacement counsel on February 2, 2022.

3. A status hearing was scheduled in this matter for March 2, 2022 prior to undersigned counsel entering his appearance in this matter.

4. On March 2, 2022 undersigned counsel is scheduled to be selecting a jury in a first degree murder trial in the Superior Court of the District of Columbia before the Honorable Marisa Demeo.

5. Undersigned counsel brought the scheduling conflict to the attention of Judge Demeo at a status hearing last week. Judge DeMeco asked that counsel seek a continuance of the March 2, 2022 status hearing before this Court as the process of jury selection in the first degree murder case will be time consuming.

6. Undersigned counsel has communicated with Assistant U.S. Attorney Karen Rochlin and the parties are both available on the following dates and times for a continued status hearing date.

    a. March 18, 2022 from 2:00 p.m. until the close of business;

    b. March 25, 2002 anytime with the exception of noon until 1:30.

7. Undersigned counsel seeks the status hearing continued to a date on a Friday as trials in the Superior Court are not conducted on Fridays.

8. Defendant relies upon the supervisory and discretionary powers of this Honorable Court in seeking the relief requested herein\

WHEREFORE, the foregoing considered, defendant prays this Honorable Court continue the March 2, 2022 status hearing date to a new date convenient to the Court and the parties.

`

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon Karen Rochlin, Esquire, Assistant U.S. Attorney on this the 13th day of February, 2022,

_____/s/_____
Steven R. Kiersh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**     Cr. 21-179(RCL)

**RACHEL POWELL**

### ORDER

Upon consideration of the Consent Motion to Continue the Status Hearing Date, there being good cause demonstrated and no opposition thereto, it is by this Court on this the _____ day of February, 2022;

ORDERED, that the motion is Granted; and it is further

ORDERED that the March 2, 2022 status hearing dates is continued to _____.

_____
Honorable Royce C. Lamberth
U.S. District Judge

4