# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                    **Cr. 21-179(RCL)**

**RACHEL POWELL**

## ORDER

Upon consideration of the Consent Motion to Continue the Status Hearing Date, there being good cause demonstrated and no opposition thereto, it is by this Court on this the _____*16th*_____ day of February, 2022;

ORDERED, that the motion is Granted; and it is further

ORDERED that the March 2, 2022 status hearing dates is continued to ___*March 8 2022 at 2PM EST*___ .

_____
Honorable Royce C. Lamberth
U.S. District Judge

4