UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RACHEL MARIE POWELL,<br><br>*Defendant.* | Case No. 1:21-cr-179-RCL |

**ORDER**

Defendant Rachel Marie Powell moves the Court [54] for a modification of her conditions of release. In particular, she asks that this Court to remove the requirement that she wear a mask when she leaves her residence. *Id.* Powell notes that the state of Pennsylvania no longer has a mask mandate. *Id.* The government filed a response [55] that took no position on the issue.

In light of the removal of the mask mandate in her home state—and indeed, every state in the country but one—the Court will **GRANT** Powell's motion to modify her conditions of release. The Court removes the requirement that Powell wear a mask whenever she leaves her residence.

**IT IS SO ORDERED.**

Date: 3/15/22

Royce C. Lamberth
United States District Judge

1