# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RACHEL MARIE POWELL,<br><br>*Defendant.* | Case No. 1:21-cr-179-RCL |

## ORDER

At the March 18, 2022 status conference, defendant Rachel Marie Powell notified the Court of her intent to fill a motion to dismiss. The parties are hereby **ORDERED** to comply with the below schedule:

    Defendant will file her motion to dismiss within thirty (30) days of this Order;

    the government will file any opposition within thirty (30) days after defendant files her motion; and

    defendant will file any reply within fourteen (14) days of receiving the government's reply.

**IT IS SO ORDERED.**

Date: 3/21/22

Royce C. Lamberth
United States District Judge

1