UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No.  21-cr-179(RCL) |
| **RACHEL POWELL,** | ) ) ) | |
| **Defendant.** | ) ) | |

**CONSENT MOTION FOR A TWO-WEEK MODIFICATION OF THE SCHEDULING ORDER TO FILE A MOTION TO DISMISS THE 1512 FELONY COUNT IN THE INDICTMENT**

Defendant, by and through counsel, does here seek a two-week modification of the Scheduling Order concerning the filing of a Motion to Dismiss Count 1 of the Indictment related to the 1512 felony count. In support thereof, defendant sets forth as follows:

1. At the last status hearing the Court entered an Order requiring defendant to file a Motion to Dismiss Count 1 of the Indictment within thirty (30) days of March 22, 2022.

2. Defendant has informed undersigned counsel that a pro bono attorney may be entering an appearance as a second counsel on behalf of Ms. Powell. The pro bono counsel will need an additional two weeks to review the record in order to assist in the drafting of a Motion to Dismiss.

3. The United States consents to the granting of the modification of the current Scheduling Order.

4. Defendant relies upon the discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for a two-week extension of time to file a Motion to Dismiss Count 1 of the indictment and to allow the United States a two week extension of time to file its opposition to the Motion to Dismiss.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, via ECF, upon all counsel of record on this the \_\_19th\_\_\_\_day of April, 2022.

_____/s/_____
Steven R. Kiersh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No.  21-cr-179(RCL) |
| **RACHEL POWELL,** | ) ) ) | |
| **Defendant.** | ) ) | |

# ORDER

Upon consideration of defendant's Consent Motion for a Two-Week Modification of the Scheduling Order concerning the filing of a Motion to Dismiss the 1512 felony count, Count 1 of the Indictment, there being no opposition thereto and good cause demonstrated, it is by this Court on this the _____day of _____, 2022;

ORDERED, that the Motion is granted; and it is;

FURTHER ORDERED the Scheduling Order is modified as follows:

Defendant's Motion to Dismiss Count 1 of the Indictment is due by May 6, 2022;

The Government's opposition is due by June 6, 2022;

Defendant's reply is due by June 20, 2022.

IT IS SO ORDERED.


Date:_____          _____
                                                                        Honorable Royce C. Lamberth
                                                                        United States District Judge

3