UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.  21-cr-179(RCL) |
| ) | |
| RACHEL POWELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of defendant's Consent Motion for a Two -Week Modification of the Scheduling Order concerning the filing of a Motion to Dismiss the 1512 felony count, Count 1 of the Indictment, there being no opposition thereto and good cause demonstrated, it is by this Court on this the **25th** day of **April**, 2022;

ORDERED, that the Motion is granted; and it is;

FURTHER ORDERED the Scheduling Order is modified as follows:

Defendant's Motion to Dismiss Count 1 of the Indictment is due by May 6, 2022;

The Government's opposition is due by June 6, 2022;

Defendant's reply is due by June 20, 2022.

IT IS SO ORDERED.

Date: **4/25/22**

Honorable Royce C. Lamberth
United States District Judge

3