NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                       Criminal Number  __21cr179__

__Rachel Powell__
            (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
_____
            (Signature)


**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas D. Smith, DC No.: 1029802
_____
        *(Attorney & Bar ID Number)*
David B Smith PLLC
_____
            *(Firm Name)*
7 East 20th Street, Suite 4R
_____
            *(Street Address)*
New York        NY        10003
_____
 *(City)*        *(State)*        *(Zip)*
917-902-3869
_____
            *(Telephone Number)*