UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 21-cr-179(RCL) |
| ) | |
| **RACHEL POWELL,** ) | |
| ) | |
| **Defendant.** ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel does hereby move to withdraw his appearance as counsel for Ms. Powell. Undersigned counsel was appointed to represent Ms. Powell. On May 2, 2022 retained counsel entered his appearance. Accordingly, the services of undersigned counsel are no longer necessary.

WHEREFORE, the foregoing considered, undersigned counsel requests permission to withdraw his appearance.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was served, via ECF, upon all counsel of record on this the_____3rd_____day of May, 2022.

                                    _____/s/_____
                                    Steven R. Kiersh

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Crim. No. 21-cr-179(RCL) |
| | ) |
| **RACHEL POWELL,** | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel, there being good cause demonstrated, it is by this Court on this the ____ day of _____, 2022;

ORDERED that the Motion to Withdraw as Counsel is granted and Steven R. Kiersh is hereby withdrawn as counsel for Rachel Powell

_____
Honorable Royce C. Lamberth
U.S. District Judge

IT IS SO ORDERED