**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | ) Crim. No. 21-cr-179(RCL)<br>) |
| **RACHEL POWELL,** | )<br>) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel, there being good cause demonstrated, it is by this Court on this the _11th_ day of ___may___, 2022;

ORDERED that the Motion to Withdraw as Counsel is granted and Steven R. Kiersh is hereby withdrawn as counsel for Rachel Powell

_Royce Lamberth_
Honorable Royce C. Lamberth
U.S. District Judge

IT IS SO ORDERED

3