# EXHIBIT 1

# PROTEST
## Dec 5 11am





**CALLING ALL PENNSYLVANIANS**

**2A encouraged!**

**Peaceful!**

**At her home!**

**Bring signs!**

**Make a difference!**

### Hold Our Officials Accountable

The election reported results showing Biden winning the state had such a multiple level of irregularities that Pennsylvania officials simply must not give their electors to Biden (which they do not have to do) until there is a risk limiting audit and recanvass of the state.

Tell Kathy Boockvar not to certify the election until an audit is complete.

Pennsylvanians want honest elections.

No more ballot harvesting.

Taking peaceful protests to officials' homes will make them know the people are serious. It's time to wake these officials up!

Spread the word!

**What:** Protest at Kathy Boockvar's home.
**When:** December 5, 2020 11am