

Joseph Jenkins Inc. is a Pennsylvania S-Corporation formed in 2003. Its services include publishing, consulting, retail sales (ecommerce), and training.

The training includes primarily slate roofing classes and seminars (https://SlateRoofTrainingCenter.com).

The consulting includes national consulting in slate roofing, including expert witness services and litigation support (https://TheSlateRoofExperts.com). Mr. Jenkins published a book in 1997 (The Slate Roof Bible) that elevated him to a top position in the American slate roofing industry. The book is in its 3rd edition and has won a multitude of book awards.

Joseph Jenkins Inc. also provides consulting services worldwide related to composting as a sanitation alternative (https://humanurehandbook.com/consulting.html). Mr. Jenkins had converted his graduate thesis into a popular book in 1995 (The Humanure Handbook – now in its 4th edition), and still is heavily involved in composting research. This book was also presented with numerous awards (https://www.josephjenkins.com/awards.html). We occasionally host visitors from around the world who are interested in learning more about the composting processes, at which time we conduct onsite composting trainings, interviews, and events. We maintain several active compost bins onsite at all times. Our research regarding composting requires that we utilize the compost for growing plants. We therefore maintain several gardens and are responsible for all the associated maintenance.

The owner (Joe Jenkins) also conducts speaking engagements worldwide (https://www.josephjenkins.com/speaking_engagements.htm). Mr. Jenkins' occasional and sometimes lengthy absences from the main office while conducting consulting services, speaking engagements, or publishing research, requires an office manager capable of a variety of skills needed to maintain the business in his absence. He also has an office in his home where he prefers to work on his writing and books, at which time the main office is entirely in the hands of the office manager (Rachel Powell).

Rachel is the only corporate employee other than the owner, Joe Jenkins. The company reorganized and downsized in 2017-2019, eliminating the need for most employees. Maximum employment included nine persons at one time. Rachel's numerous, unique, and specialized skillsets enable her to handle the various responsibilities required for this job. Her background in sales, organic gardening, construction, animal husbandry, and customer relations, among other things, provide her with the foundation to successfully maintain the position of Office and Sales Manager at Joseph Jenkins Inc. She is an essential, one-of-a-kind, employee who is irreplaceable.





Her substantial responsibilities include single-handedly managing the entire office and warehouse, including, but not limited to:

- Fulfilling all internet and phone orders (Jenkins Inc. has been selling online for two decades and handles about $1 million in sales annually).
- Tracking all product shipments.
- Communicating with customers daily by phone and email.
- Issuing credits for purchases, handling returns, rectifying damaged shipments, pursuing lost deliveries.
- Maintaining inventory.
- Daily direct communication with our suppliers (we distribute for approximately 26 manufacturers).
- Offloading tractor trailer deliveries with forklift.
- Cleaning and organizing the stock room and warehouse.
- Cleaning and organizing the outdoor stock yard, including weeding around pallets or slate piles.
- Maintaining flower and ornamental beds around the office or anywhere on our site in public view, including weeding, pruning, planting, applying compost, and mulching.
- Providing organizational and hosting services (e.g., making coffee, setting out place holders, registering students, handling the registration fees, and so on) for meetings, instructional classes, and board retreats.
- Answering the phone for the non-profit organization whose office we host (Slate Roofing Contractors Association of North America Inc.).
- Assisting with non-profit membership renewals, including emails and phone calls.
- Interfacing with the postal service, which handles most of our small packages, including taking packages to the post office, when necessary.
- Assisting with banking business, primarily delivering checks to four separate banks for deposit.
- Running errands as needed, including picking up office products and supplies, obtaining workshop supplies and agricultural materials.
- Assisting in compost production and utilization.
- Jenkins Inc. hosts international conferences, community events, and social gatherings. Rachel is expected to attend and help manage these as well.

I have known Rachel Powell since May of 2019. I can attest to her character and integrity. Accusations that she may be a threat to the community are laughable and false. Anyone can see from the information in this letter that she has her hands full with her job. Add to these responsibilities the homeschooling of four of her eight children. Consider the weight of the politically motivated criminal charges that she has been burdened with due to her participation in the January 6th election fraud protests. It should be obvious that any harassment of Ms. Powell for conducting her daily business responsibilities would be cruel and uncalled for.

Sincerely,

*Joseph C. Jenkins*

Joseph C. Jenkins, President, Joseph Jenkins Inc.