UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :   **Criminal Action 21-cr-179 (RCL)**
v.                                :
                                  :
**RACHEL MARIE POWELL,**          :
                                  :
Defendant.                        :

## ORDER

This matter has come before the Court on the motion of the United States to amend defendant Rachel Marie Powell's conditions of pretrial release. The Court has considered the positions of the parties, and accordingly, it is hereby

ORDERED, that the government's motion is GRANTED. Within five days from the date of this order, the defendant shall provide her supervising PreTrial Services officer in the Western District of Pennsylvania with a list of all locations she must travel to for her employment; however, the provision of the list shall not restrict or limit that officer's ability to approve or disapprove the defendant's presence at such locations to ensure the defendant's compliance with existing conditions of release. It is further

ORDERED, that the defendant's conditions of release shall be enforced through the addition of GPS monitoring to her conditions of release, and it is further

ORDERED, that the defendant shall pay all or part of the costs of GPS monitoring based on the defendant's ability to pay as determined by the PreTrial Services office or supervising officer.

Date: 9/20/22

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE