UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-00179-RCL |
| : | |
| RACHEL POWELL, : | |
| : | |
| Defendant. : | |

## ORDER

This matter has come before the Court on the motion of the United States to amend defendant Rachel Marie Powell's conditions of pretrial release. The Court has considered the positions of the parties, and accordingly, it is hereby ORDERED, that the government's motion is GRANTED. The defendant's conditions of pretrial release will be adjusted to strict home confinement. The defendant shall not be permitted to leave her residence without the express advanced approval of her Pretrial Services Officer. It is further

ORDERED, that the defendant will continue to submit to location monitoring, and it is further

ORDERED, that the defendant will pay all or part of the cost of location monitoring based on the defendant's ability to pay as determined by the Pretrial Services Office.

Date: _____

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE