UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-179-RCL |
| v. : | |
| : | |
| RACHEL POWELL, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION FOR A STATUS CONFERENCE

The government respectfully requests a status conference in the above captioned case. As grounds for the request, the government states that on October 16, 2022, defense counsel emailed both government counsel and raised concerns regarding the defendant's competency. The government would request a status conference to address this issue and others concerning the upcoming trial.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Lucy Sun
Lucy Sun
Karen Rochlin
Assistant United States Attorneys
Massachusetts Bar Number 691766
DC Bar No. 394447

### CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, October 17, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, Nicholas Smith, via ECF.

By:   /s/ Lucy Sun
Lucy Sun