**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal Action 21-cr-179 (RCL)** |
| **v.** | : | |
| | : | |
| **RACHEL MARIE POWELL,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

This matter has come before the Court on the motion of the United States for a status conference. The Court has considered the positions of the parties, and accordingly, it is hereby

ORDERED, that the government's motion is GRANTED. The parties shall appear for a status by video teleconference on October _____, 2022 at _____ a.m./p.m.


Date: _____

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE