UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RACHEL MARIE POWELL,

*Defendant.*

Case No. 1:21-cr-179-RCL

## ORDER

In consideration of Defendant's Sealed Ex Parte Motion [85] to Continue the Trial, it is hereby **ORDERED** that the motion is **GRANTED**, and the trial date previously set for November 15, 2022 is **VACATED**. Defendant may file a CJA voucher application in accordance with instructions from the Federal Public Defender.

It is further **ORDERED** that a status conference is set for November 30, 2022 at 11:00 a.m. by VTC before Judge Royce C. Lamberth to discuss the status of the case and potential new trial dates.

**IT IS SO ORDERED.**

Date: October 24, 2022

Royce C. Lamberth
United States District Judge