UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RACHEL POWELL,<br><br>Defendant. | )<br>)<br>)  Case No. 1:21-cr-179-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**POWELL'S MOTION TO CONTINUE STATUS CONFERENCE ONE DAY**

On January 26, the Court scheduled a status conference in this matter for Thursday, February 2, 2023 at 10 a.m.  1/26/23 Minute Order.  Powell's counsel is currently in trial in *United States v. Nordean*, 21-cr-175-TJK (D.D.C. 2021).  Trial in that matter, which commenced on December 19, will consume more time than the parties and Court had anticipated.  On February 2, counsel's presence is required at trial from 9 a.m. to 5:30 p.m.  However, the *Nordean* Court breaks every Friday.  Accordingly, Powell moves the Court to continue the status conference in this case one day to February 3.

Counsel for Powell and the government spoke on January 26.  Counsel advised that a psychological evaluation of the defendant had been nearly completed and would soon be provided to the government and the Court.  The psychologist recently had a death in his family and expects to deliver his report to counsel by tomorrow.

Dated: January 30, 2023                                          Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869

1

nds@davidbsmithpllc.com
*Counsel to Rachel Powell*

## Certificate of Service

I hereby certify that on the 30th day of January, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Karen Rochlin
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com
*Counsel to Rachel Powell*