# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-cr-00179 |
| **RACHEL POWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Adam Dreher. AUSA Adam Dreher will be substituting for AUSA Karen Rochlin.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:    */s/ Adam Dreher*
    Adam Dreher
    Assistant United States Attorney
    Michigan Bar No. P79246
    United States Attorney's Office
    District of Columbia
    Cell No. (202)-257-8014

## CERTIFICATE OF SERVICE

On this 27TH day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                      */s/ Adam Dreher*
                                             ADAM DREHER
                                             Assistant United States Attorney