# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-00179-RCL |
| : | |
| RACHEL POWELL, : | |
| : | |
| Defendant. : | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

The United States of America respectfully requests to extend the deadline for the filing of pretrial motions for two weeks, to March 29, 2023.

As grounds for the motion, the government and the defendant are in the process of conferring in order to determine whether the parties can stipulate to issues and the admissibility of specific evidence, thus alleviating the need for certain motions *in limine* for trial. The trial in this case is presently set for May 8, 2023. The defendant assents to the motion.

Accordingly, the United States requests a two-week extension to the deadline for filing of pretrial motions.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Lucy Sun
Lucy Sun
Assistant United States Attorney
Massachusetts Bar Number 691766

## CERTIFICATE OF SERVICE

  I, Lucy Sun, hereby certify that on this day, March 15, 2023, I caused a copy of the foregoing document to be served on the defendant's attorney, Nicholas Smith, via ECF.

        By: /s/ *Lucy Sun*
           Lucy Sun