CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21cr179 (RCL) |
| ) | |
| RACHEL MARIE POWELL ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Rachel Powell_
Defendant

_Nicholas Smith_
Counsel for Defendant

I consent: _[signature]_
Assistant United States attorney

Approved:

_Royce C. Lamberth_       Date: 5/3/23

Royce C. Lamberth
United States District Judge