Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ■

UNITED STATES OF AMERICA

VS.

RACHEL POWELL

Criminal No. __21-CR-179(RCL)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1.01A | Powell Peace Circle 2_F&C | 5/9/2023 | 5/9/2023 | Mendoza |
| 1.01B | Screenshot of 1.01A | 5/9/2023 | 5/9/2023 | Jordan |
| 1.02A | Powell Walk to Capitol | 5/9/2023 | 5/9/2023 | Jordan |
| 1.02B | Screenshot of 1.02 A | 5/9/2023 | 5/9/2023 | Jordan |
| 1.03 | Powell Peace Circle | 5/9/2023 | 5/9/2023 | Jordan |
| 2.01 | Powell West Plaza USA_F&C_clipA | 5/9/2023 | 5/9/2023 | Jordan |
| 2.02 | Powell West Plaza | 5/9/2023 | 5/9/2023 | Jordan |
| 2.03 | Powell West Plaza 2 | 5/9/2023 | 5/9/2023 | Jordan |
| 2.04 | Powell West Plaza 3 | 5/9/2023 | 5/9/2023 | Jordan |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.05 | Powell West Plaza 4 | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.06 | Powell West Plaza 5 | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.07 | West Plaza Andre Davis BWC_F&C | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.08 | West Plaza Def Ciarpell | 5/9/2023 | 5/9/2023 | Mendoza | |
| 2.09 | West Plaza William Bogner BWC_clipA | 5/9/2023 | 5/9/2023 | Bogner | |
| 2.10A | West Plaza Josh Wilson BWC | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.10B | Officer JWilson 140749 | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.11 | West Plaza DuPraw_F&C_clipA | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.12 | West Plaza Spray | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.13 | West Plaza Political Trance | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2.14 | West Plaza Carlton Wilhoit BWC_F&C_clipA | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.15 | 0176-WF-3366759-RACHEL_POWELL_0000044_1A0000009_0000002_clipA | 5/9/2023 | 5/9/2023 | Jordan | |
| 2.16A | West Plaza Noah Rathbun BWC_F&C_clipA | 5/9/2023 | 5/9/2023 | Bogner | |
| 2.16B | Screenshot from 2.16A | | | | |
| 2.17 | EyeGouger2 | 5/9/2023 | 5/9/2023 | Bogner | |
| 2.18 | Powell Southend Breach | 5/9/2023 | 5/9/2023 | Bogner | |
| 2.19 | West Plaza Just Another Channel | 5/9/2023 | 5/9/2023 | Jordan | |
| 3.01 | Bodycam Footage | 5/9/2023 | 5/9/2023 | Bogner | |
| 3.02 | LWT Def Lang_clipA | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3.03 | LWT Def Jones | 5/9/2023 | 5/9/2023 | Jordan | |
| 3.04A | LWT BWC Jason Mastony_clipA | 5/9/2023 | 5/9/2023 | Jordan | |
| 3.04B | vlcsnap-2023-01-31-20h50m04s484 | 5/9/2023 | 5/9/2023 | Jordan | |
| 3.05 | LWT Def Cyr | 5/9/2023 | 5/9/2023 | Jordan | |
| 3.06B | LWT Raw360_F&C | 5/9/2023 | 5/9/2023 | Bogner | |
| 3.07 | LWT Def Jenkins | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.08 | LWT Before Climbing Window | 5/9/2023 | 5/9/2023 | Mendoza | |
| 3.09 | LWT Climb Window | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.10 | LWT Climb Window 2 | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.11 | LWT Def Howell | 5/9/2023 | 5/9/2023 | Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3.12 | LWT Pole Window | 5/9/2023 | 5/9/2023 | Mendoza | |
| 3.13 | LWT Axe Window | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.14 | LWT Axe Window 2_F&C | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.15 | LWT Bullhorn Instruction_clipA | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.16 | LWT Bullhorn Instruction Back_clipA | 5/10/2023 | 5/10/2023 | Jordan | |
| 3.17 | LWT Return to Window_F&C | 5/10/2023 | 5/10/2023 | Jordan | |
| 4 | Google Maps Capitol Restricted Area | 5/9/2023 | 5/9/2023 | Mendoza | |
| 5 | Rioters | | | | |
| 6 | Front View of the Capitol | 5/9/2023 | 5/9/2023 | Mendoza | |
| 7 | Area Closed Sign | 5/9/2023 | 5/9/2023 | Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8 | Area Closed Barriers | 5/9/2023 | 5/9/2023 | Mendoza | |
| 9 | 3D of the Capitol | 5/9/2023 | 5/9/2023 | Mendoza | |
| 10 | Jan. 6 Timeline Montage | 5/9/2023 | 5/9/2023 | Mendoza | |
| 11 | Congress Timeline | | | | |
| 12 | Time-lapse of Riot | 5/9/2023 | 5/9/2023 | Mendoza | |
| 13 | Search Warrant House 1 | 5/9/2023 | 5/9/2023 | Jordan | |
| 14 | Search Warrant House 2 | 5/9/2023 | 5/9/2023 | Jordan | |
| 15 | Search Warrant House 3 | 5/9/2023 | 5/9/2023 | Jordan | |
| 16 | Search Warrant House 4 | 5/9/2023 | 5/9/2023 | Jordan | |
| 17 | Search Warrant House 5 | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 18 | Search Warrant House 6 | 5/9/2023 | 5/9/2023 | Jordan | |
| 19 | Search Warrant House 7 | 5/9/2023 | 5/9/2023 | Jordan | |
| 20 | Search Warrant House 8 | 5/9/2023 | 5/9/2023 | Jordan | |
| 21 | Search Warrant House 9 | 5/9/2023 | 5/9/2023 | Jordan | |
| 22 | Search Warrant House 10 | 5/9/2023 | 5/9/2023 | Jordan | |
| 23 | Search Warrant House 11 | 5/9/2023 | 5/9/2023 | Jordan | |
| 24 | Search Warrant House 12 | 5/9/2023 | 5/9/2023 | Jordan | |
| 25 | Search Warrant House 13 | 5/9/2023 | 5/9/2023 | Jordan | |
| 26 | Search Warrant House 14 | 5/9/2023 | 5/9/2023 | Jordan | |
| 27 | Search Warrant House 15 | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 28 | Search Warrant House 16 | 5/9/2023 | 5/9/2023 | Jordan | |
| 29 | Search Warrant House 17 | 5/9/2023 | 5/9/2023 | Jordan | |
| 30 | Search Warrant House 18 | 5/9/2023 | 5/9/2023 | Jordan | |
| 31 | Search Warrant House 19 | 5/9/2023 | 5/9/2023 | Jordan | |
| 32 | Search Warrant House 20 | 5/9/2023 | 5/9/2023 | Jordan | |
| 33 | Search Warrant House 21 | | | | |
| 34 | Search Warrant House 22 | | | | |
| 35 | Search Warrant House 23 | | | | |
| 36 | Search Warrant House 24 | | | | |
| 37 | Search Warrant House 25 | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 38 | Search Warrant House 26 | 5/9/2023 | 5/9/2023 | Jordan | |
| 39 | Search Warrant House 27 | | | | |
| 40 | Search Warrant Car 1 | 5/9/2023 | 5/9/2023 | Jordan | |
| 41 | Search Warrant Car 2 | 5/9/2023 | 5/9/2023 | Jordan | |
| 42 | Search Warrant Car 3 | 5/9/2023 | 5/9/2023 | Jordan | |
| 43 | Search Warrant Car 4 | 5/9/2023 | 5/9/2023 | Jordan | |
| 44 | Search Warrant Car 5 | 5/9/2023 | 5/9/2023 | Jordan | |
| 45 | Search Warrant Car 6 | 5/9/2023 | 5/9/2023 | Jordan | |
| 46 | Search Warrant Car 7 | 5/9/2023 | 5/9/2023 | Jordan | |
| 47 | Search Warrant Car 8 | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 48 | Search Warrant Car 9 | 5/9/2023 | 5/9/2023 | Jordan | |
| 49 | Search Warrant Car 10 | 5/9/2023 | 5/9/2023 | Jordan | |
| 50 | Search Warrant Car 11 | 5/9/2023 | 5/9/2023 | Jordan | |
| 51 | Search Warrant Car 12 | 5/9/2023 | 5/9/2023 | Jordan | |
| 52 | Search Warrant Car 13 | 5/9/2023 | 5/9/2023 | Jordan | |
| 53 | Search Warrant Car 14 | | | | |
| 54 | Jail call from Rachel Powell | 5/9/2023 | 5/9/2023 | Jordan | |
| 55A | Facebook Business Records | | | | |
| 55B | Powell Facebook Content | | | | |
| 55C | Facebook Records Relevant to Jan. 6 | 5/9/2023 | 5/9/2023 | Jordan | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 55D | Powell Recordings | 5/9/2023 | 5/9/2023 | Jordan | |
| 56 | Authentication Certificate | | | | |
| 57 | DC Curfew Email | | | | |
| 58 | Safeway Records | | | | |
| 59 | Powell Text Message | 5/9/2023 | 5/9/2023 | Jordan | |
| 60 | Stipulations | 5/9/2023 | 5/9/2023 | | |
| 100 | CCTV Video 1 | | | | |
| 101 | CCTV Video 2 | | | | |
| 102 | CCTV Video 3 | | | | |
| 103 | CCTV Video 4 | 5/9/2023 | 5/9/2023 | Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 104 | CCTV Video 5 | | | | |
| 105 | CCTV Video 6 | | | | |
| 106 | CCTV Video 7 | | | | |
| 107 | CCTV Video 8 | | | | |
| 108 | CCTV Video 9 | | | | |
| 109 | CCTV Video 10 | | | | |