UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RACHEL MARIE POWELL,<br><br>*Defendant.* | Case No. 1:21-cr-179-RCL |

## ORDER

Upon consideration of Defendant's Motion [107] for Permission to Travel and for good cause shown therein, it is hereby **ORDERED** that the motion is **GRANTED** and that Defendant Rachel Marie Powell's conditions of release are **MODIFIED** to allow her to travel to Washington, D.C. on the morning of July 17, 2023 and return home to Pennsylvania on the morning of July 19, 2023, assuming she is not taken into custody.

**IT IS SO ORDERED.**

Date: July 12, 2023

Royce C. Lamberth
United States District Judge

1