UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) Case No. 1:21-cr-179-RCL ) |
| v. | ) ) |
| RACHEL POWELL, | ) ) |
| Defendant. | ) ) |

**POWELL'S MOTION TO TRAVEL TO COURT ONE DAY BEFORE SENTENCING HEARING**

The Court has scheduled Powell's sentencing hearing for October 17, 2023 at 12:30 p.m. Powell moves the Court for permission to travel to Washington, D.C., on the morning of October 16, 2023 and to return home to Pennsylvania on the morning of October 18, 2023 (assuming she is not remanded). On her way to and from the district for trial, Powell encountered heavy traffic that significantly extended her travel time. For this hearing she will be traveling with her entire family which boasts a great many members. Powell also wants to ensure she has sufficient time to check in and out of the Airbnb residence she has rented for the occasion. For all these reasons, Powell respectfully requests permission to begin her trip one day before the hearing and to leave one day after it.[1]

---

[1] Powell's counsel apologizes to the Court for having to deal with these motions to travel to the district for court-ordered hearings. The defendant's Probation Officer maintains that, without a court order, she may not give a defendant permission to travel to the district on any day other than the date of the hearing itself, no matter how long it takes the defendant to travel to the courthouse and no matter the timing of the hearing.

Dated: September 28, 2023                    Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel to Rachel Powell*

## Certificate of Service

I hereby certify that on the 28th day of September, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system which will notify counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com