**Tom Altman**
Constable and keeper of the peace
In care of 876 route 271, Ligonier, Pennsylvania [15658]
724-217-4008   EcoQuestTom@aol.com

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 10/3/23*

1   September 25, 2023

2   Royce Lamberth, the man and the Judge
3   333 Constitution Avenue North West
4   Washington, District of Columbia [20001]

5   Ref: Letter of **reference** and a **claim** regarding Rachel Marie Powell sentence

6   Case Number: 1:21-cr-179

7   Dear Judge Royce Lamberth:

8   Peace be with you and yours.

9   **Reference**: I have personally known the woman Rachel Marie Powell for
10   many years. She is a grandmother and the mother of eight (8) wonderful children,
11   Savannah, Jacob, Rebekah, Adah Mae, Benjamin, Gabriel, Nikolaus, and Tessa, who
12   need her daily guidance.

13   I testify she works above and beyond to improve the world in which we live.
14   A few **examples of her reputation that exceed the norm** are:

15   - She and her children organized food co-operatives for the community on a
16     biweekly basis; and
17   - Rachel organized group training classes for things like learning to butcher
18     and personal safety; and
19   - did mission work in Mexico to alleviate the situation of the poor; and

*For the record*

20    -    Rachel with some of her children have a habit of walking the block picking
21         up trash.

22    These are only a few examples, all at her own expense, of the outstanding character
23    you are asked to judge that **will be lost to the world community if Rachel is put in**
24    **prison.**

25         I am fully convinced that Rachel is aware she did commit sins against you,
26    me and the people of this great country and is **completely repentant**. She
27    understands fully the way she acted to solve her concerns was outside law and no
28    additional penalty could make her more aware than the pain her family has suffered
29    these recent years of arrest.

30         **Claim**: It is in our best interest and of the people of this great country for
31    Rachael Marie Powell, the woman, to be **released on her own recognizance**. I **claim**
32    that further arrest of this woman is not in the best interest of these United States of
33    America, nor would it be in compliance with the duty of your Office to your Oath.

34    **If in your judgement these claims are absolutely rebutted**, let her be
35    remitted to where her children can visit freely, **such as** our farm (10 acres with a
36    five-bedroom house at the above address) under my and my retired Pennsylvania
37    attorney wife's supervision with limits as you deem fit.

38    Sincerely and in law and mercy,

   *Tom*

39    Tom Altman
40    Constable, Chairman Emeritus of the Republican Party of Fairfield Township,
41    Westmoreland County, Pennsylvania, a people on the land, and a friend of law.

*For the record*