UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RACHEL MARIE POWELL,<br><br>*Defendant.* | Case No. 1:21-CR-00179-RCL |

## ORDER

Upon consideration of Defendant's Motion [112] for Permission to Travel and for good cause shown herein, it is hereby **ORDERED** that the motion is **GRANTED** and that Defendant Rachel Marie Powell's conditions of release are **MODIFIED** to allow her to travel to Washington, D.C. on the morning of October 16, 2023 and return home to Pennsylvania on the morning of October 18, 2023, assuming she is not taken into custody. It is further

**ORDERED** that the defendant must stay in accommodations located in the state of Virginia or Maryland near Washington, D.C. but not in Washington, D.C. itself; and it is further

**ORDERED** that the defendant be restricted to this temporary residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; and it is further

**ORDERED** that the defendant may enter Washington, D.C. itself only for the purposes of attorney visits, court appearances, or court-ordered obligations; and it is further

**ORDERD** that the defendant may not come near the District of Columbia Jail, located at 1901 D Street, SE, for the purpose of attending any demonstration, vigil, or other gathering.

**IT IS SO ORDERED.**

1

Date: 10/6/23

Royce C. Lamberth
United States District Judge