October 4, 2023

Judge Lamberth
333 Constitution Ave. NW
Washington, DC 20002

Honorable Judge Lamberth:

My mother Rachel Powell is an invaluable member of our family. She is a mother, a friend, and a good person. She has been unable to leave her house for over 2 years other than the rare occasions that she has been allowed. She has missed birthdays, her second eldest daughter's wedding and the birth of her two youngest grandchildren. If this carries on, she will miss the birth of a third.

She is kind, caring and generous. She plans and hosts family events frequently and I honestly believe that if she gets sent to prison it will cause irreparable damage to our family. She homeschools and cares for my siblings, gives advice or even just a shoulder to cry on no matter the hour or day.

Just a few weeks ago my cat was seriously ill, and I was unable to afford a visit to the vet. I was, however, able to call my mother and she was able to give me the information necessary to save my cat. She arranges help for our 93 year old grandmother, and she babysits her grandchildren whenever necessary.

Just recently my grandmother found out that her eyesight is leaving and is unable to drive. She has also recently had a stroke which causes her memory issues leading her to miss important doctor's appointments or arrive hours early or late. If my mother were free she would have the ability to make sure my grandmother had a ride and more extensive care. We understand that all actions have consequences, however my mother has suffered for long enough.

Please take into account the fact that she has so many people who love her, rely on her, and cherish every moment we have with her when you make your final decision as to what will happen to not only her, but our entire family. Thank you for taking the time to read this letter.

Sincerely,

Adah M. Powell

5297 GEORGETOWN RD., FRANKLIN, PA 16323
T (724) 718-7697

Judge Royce Lamberth

Your Honor,

I am writing to you with deep respect and utmost humility regarding the case of Rachel Powel who unfortunately finds herself entangled in a legal matter due to being in the wrong place at the wrong time. I kindly ask for your compassion and mercy in considering her circumstances as you make your decision on the punishment.

I understand that the legal process is necessary to uphold justice, and I am not contesting the importance of that. However, I firmly believe that circumstances can sometimes lead to unfortunate events that are beyond one's control. In the case of Rachel Powel, she was simply in the wrong place at the wrong time, and her presence at that moment does not accurately reflect her character or intentions.

Rachel is known to her family, friends, and colleagues as a responsible, compassionate, and law-abiding individual. Her past record and behavior demonstrate a person who is committed to contributing positively to society and avoiding any involvement in unlawful activities. The events that led to her current situation were entirely coincidental, and she had no foreknowledge, or intent related to the incident at our Nation's capital.

It is my sincere belief that a merciful approach in this situation would not only serve the interests of justice but also allow Rachel to continue her positive contributions to society and her family. A lenient sentence would provide her with the opportunity to learn from this experience without imposing a disproportionate burden on her future prospects.

I am aware that you must carefully consider all aspects of the case, and I trust that you will do so with the fairness and wisdom that the role of a judge demands. I kindly request that you take into account Rachel's clean record, her character, the exceptional circumstances that led to her unfortunate involvement and time served in house arrest.

Your kindness in this matter would not only impact Rachel's life but also reaffirm our faith in the justice system's ability to discern between situations of genuine wrongdoing and those that arise from mere circumstance.

Thank you for taking the time to read my letter and consider my appeal. I have faith in your ability to make a just and fair decision in this matter. Please know that your decision will have a profound impact on the life of an individual who has been reasonable in her actions and life.

God Bless,

Sincerely,

Anthony Hughes

Haviland KS

Antymica@gmail.com

620 388 1985

8/30/2023

Honorable Judge Royce Lamberth,

  Thank you for your time and attention to this letter. I realize your time is valuable and will do my best to keep this brief and on point.

  I first met Rachel Powell approx. 23 years ago, when she was working at the local gas station as a cashier. We were both single mothers at the time, with 2 children each. We connected instantly and became good friends. We would get together for play dates with the children, laugh, and just have fun.

  I was working at a restaurant at the time and doing Bible study with Rick Powell. I encouraged him to stop in and meet her. Rachel was a very positive and upbeat person to be around, always laughing and smiling and truly a glass half-full kind of person. Ultimately she and Rick met, fell in love, got married, moved North, bought a house and had 6 more amazing children. We remained friends and have kept in touch over all these years.

  Rachel was a home school mom, she learned how to garden to save money, raise chickens to feed her family, and she learned skills like canning, sewing and making incredible baked goods from scratch. She passed those useful life skills on to her children, and I've been blessed to try some of her daughters baked goods. Rachel is a very devoted and attentive mother and grandmother.

  The morning Rachel's face began hitting the news my husband woke me and told me about it. I just wasn't hearing it. There was just no way, in my mind, Rachel would do anything like he was saying was being reported. She is a very patriotic and passionate person, but not in anyway a vandal. Needless to say, we are here today and you are reading this.

  Your Honor, this one day does not reflect the Rachel I've known for over 20 years. I beg you for mercy for Rachel, for her children and for her grandchildren. The person you see in those videos is not the real Rachel. The real Rachel can be seen by the way she lives her life everyday, through her children, friends, and family.

Again, I thank you for your time and attention to this letter.

Brandy Kight, Butler PA

To Judge Royce Lamberth,

My name is Bronwyn Wilkinson, I am 20 years old and good friends with Rachel Powell whom I have known for as long as I can remember.

Rachel is like a second mother to me; she has contributed to my growing up just as much as my own mother has.  Rachel has driven me to my sports games, talked with me about the birds and the bees, and encouraged discipline in my life with health and fitness. Like when we did a detox cleanse together with my mom.

Rachel has also encouraged me to go the distance, like when we did a Tough Mudder together. It's a giant obstacle course with tons of mud and tons of fun.

I've also learned a lot of parenting skills from Rachel. How to be responsible, how to set healthy boundaries, and to be firm in discipline. She sets a great example for motherhood. And her youngest kids still need her so she can teach them by example, and just raise them in general.

Rachel has contributed a lot to our community. We've gone on nature walks she set up so we could learn about foraging and wildlife. We've learned homesteading at Rachel's home where she set up a community event for us to learn how to butcher chickens. Rachel and my mom have taught me the importance of organic gardening, organic living, and how to run a household. All valuable skills that I need for when I have my own family.

I know Rachel did trespass onto the capitol grounds and break a window. I am not belittling those actions. This is just a character letter to offer a more complete picture of who Rachel is as a person. Because she is a person and not just a name.

As I have said before Rachel is like my second mom. But she is much more than that to me. Rachel is my close friend, she is an inspiration, someone I love and look up to.
She is someone that I have learned from and can continue to learn from if she is around.

Thank you for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Rachel as she may require.

Respectfully,

~Bronwyn Wilkinson

Honorable Royce Lamberth,

"How do you solve a problem like Maria?  How do you catch a cloud and pin it down? How do you solve a problem like Maria?  How do you hold a rainbow in your hand?"

Now I do NOT consider Rachel a problem.  Nevertheless, I hope that you were able to catch the humor in quoting from the Sound of Music.  Why did I bring that up?  Because I know Rachel as a wonderful blend of vitality and efficiency.  Similar to Maria von Trapp, as depicted by Julie Andrews, Rachel has dealt with the responsibilities and challenges of life with discipline, joy, passion and adventure.

We met 14 years ago while attending the same church.  Since we share so many similar interests, beliefs, circumstances and experiences, our friendship has bloomed over the years to the point now that, after my husband, I consider Rachel my best friend.  My husband and I have even had the privilege of being her employers for a limited time.

Having known Rachel for the past 14 years, I have watched her lead her family with strength, love, and fairness. In short, she is the pulse of her family.  Since we met, I have marveled at her skills as a mother.  Not only does she take care of her children's basic needs, she has always made a way to provide for their entire well-being, and done it with a smile. Something her children will desperately miss while she is away.

Despite lacking a good role model in her own mother, Rachel has deliberately forged her own beautiful path of motherhood.  A mother is more than just a teacher/guide.  A good mother, like Rachel, cares about her children's spiritual and emotional well-being, not just their skills or knowledge levels.  Thanks to Rachel, her children have had opportunities to travel near and far, learn foreign languages, take music lessons, join sports teams and so much more.  She has shown them how to live life to the full, whether it be joyfully and willingly taking responsibility for even the mundane things in life to traveling across the country to explore the treasures of the world around them.

Already, these opportunities have diminished during her house arrest.  Where in the past, she herself would take them to lessons, practice, on hikes, a swim at a waterfall, or any myriad of field trips, now any outdoor exploration, project, or celebration have been nearly eliminated for her innocent children.  Without family and caring friends to take Rachel's place, her children would miss out on many of these opportunities.  To maximize their well-being, Rachel's presence is irreplaceable.  Though friends can help with occasional field trips, her children depend on her for their education, daily.

As most mothers, she wants what is best for her children. But more than most mothers, Rachel has willingly sacrificed for the sake of her children's future and has done it with a smile...even when doing what she believed to be best was counter to how she was raised, or culture norms.  Home educating a large family isn't exactly a walk in the park; it takes fortitude, determination and whole lot of love.  Nevertheless, with Rachel's diligent supervision and encouragement, she has not only taught each of her children the basics, she has raised them to be

kind, well-mannered and confident.  Anyone who meets her and her kids rave at how fun they are, yet willing, hard-working, skillful and reliable.

It is obvious that she loves her kids, and they love her. As a fellow mom, I admire the healthy relationships she has with each of her children. Her example is an inspiration to me. One that I will miss while she is away. But how much more will her children feel that void in her absence?

With Rachel's influence, her children have had opportunities to care for and serve others.  Multiple times they have traveled to Mexico to help at an orphanage.  Additionally, she and her children have also participated more than once in the March for Life.  Whether you agree with her political views or not, you can recognize that she strives to be a voice for the voiceless, to be the hands and feet for those who need help, and to stand up for those who cannot fight for themselves.

Being mindful of others is natural for her. Though she eagerly challenges herself with even outlandish adventures, she manages to do it in such a way as to benefit others. When the local town hosted a polar plunge on New Years, not only did she sign up and encourage others of us to join in, she maximized on the fundraising aspect of the event to fund a new shed for an elderly woman. Again, living life to the full and blessing others along the way.

Rachel brings a vitality that infuses everyone around her.  Thanks to her efforts, many of us have had access to local, organic feed for our animals, organic produce and home goods, educational classes and workshops, as well as community harvesting. (In case you doubted it, butchering chickens can be disgusting work. But when everyone gathers together, thanks to Rachel's planning, not only is it a successful day because we get so much done together, it is actually enjoyable in the company of good friends.) As an asset to her community, her absence will be glaring. Whether it be occasional classes or handling the monthly order for our co-op, without Rachel things will limp along.

My husband and I experienced this more acutely after she finished working in our business. For a limited time, we were privileged to employ Rachel. In that scenario, I was able to watch, learn and benefit from her many strengths. As a manager, she was positive and encouraging, though direct when necessary.  Yet, it wasn't just her efficiency and ability to get things done that made her so valuable. Put simply, Rachel brings vibrancy to any environment. This was strikingly obvious after her departure. In her absence, the entire place seemed to lack organization, efficiency, and most of all a sense of joy. That's what her family, employment and community will experience during her absence.

Though we've all had to adjust to some extent during her house arrest, it will be so much more devastating during any time in prison.  Already, she and her family have felt the sting of her punishment.  She missed one daughter's wedding and the birth of two grandchildren since she has been on house arrest.  Her third daughter will likely marry soon, bringing the hope of more grandchildren. These milestones cannot be repeated nor replaced.  No doubt a great concern for the family is her elderly grandmother.  We all request that her time on house arrest count as time served so that her children and grandchildren will not lose out so much during these precious, fleeting, formative years.  Because it's not just the milestones that matter; it's the hugs, the play,

the infectious smile that can make all the difference at any moment of any day or any night.  And furthermore, a good mother and grandmother like Rachel wants to be there to support these young families during life's trials and troubles.  In fact, it is in those moments that Rachel excels the most.  During stressful moments, she is able to calmly and confidently get the things done that really matter.  What a valuable asset to her family.

That's the Rachel that went to D.C. that January.  Someone who enjoys being a part of historical moments and represents those who hope for an abundant life. Part of living a life to the full is being willing to take risks.  Sometimes you take the risk and find out it was a mistake.  Unfortunately, she made some mistakes that day.  Thankfully, she has admitted her guilt and accepted her consequences because she is someone who is willing to admit her mistakes, ask forgiveness and make amends.

In every life circumstance, Rachel strives to live life abundantly and help others do the same.  She is a vital presence in the lives of both her family and community. We ask you to shrink her time away since being amongst her loved ones is the greatest benefit for all.

Sincerely,
Christy Wilkinson

Dear Honorable Judge

I am coming to you with an honest and open heart.  Rachel and I are more than friends; we are grandmothers to the same little boys, Ashton and Phoenix.  We met at church in 2010. We were homeschooling our children and shared many good talks about family, community, and our love of herbal medicine and whole foods.  Our children played and went on field trips together; we consider her a very dear friend.

I have witnessed Rachel effectively and lovingly manage her large family and give of herself in service to her community, church family, and friends.  She is a valued person. Her children, grandchildren, and friends need her positive and loving continued presence in their lives.

I know January 6 was a devastating day for our country. There were people caught amid chaos and made terrible choices for the right reasons, possibly trying to help people escape hallways jammed with people.  If there were ever a person I know who would be brave enough to help bring order during chaos, it would be Rachel.  She is courageous with a big heart of empathy for humankind.

Please take into consideration Rachel's compassionate nature when making your decision.


Sincerely,


Cynthia Scherer

This is a brief email written in support of Rachel Powell.

To Whom It May Concern:

I have known Rachel since March of 2021 when she was my immediate supervisor at Mr. Bookman, a retail bookstore in Franklin, PA.

Rachel was always friendly, professional, and conscientious in her conduct.

I quickly saw a very large gap between the violent and reckless "Pink Hat Lady" portrayed in the media and the kind and compassionate woman and mother at the bookstore.

Certainly I do not condone her actions of January 6, 2020. But I can - and I hope the court can - view them as a regretful aberration of her true character.

I would hope that the court would allow mercy to triumph over judgment and that her sentence would be lenient.

Thank you,

David K. Eames
745 Liberty Street
Franklin, PA 16323


518-859-5586

8/28/2023

To: Judge Royce Lamberth

From: Edmund W. Anderson
237 Cockrells Run Rd
Lucasville, OH 45648
(740) 357-1678

RE: Rachel Powell

Dear Judge Royce Lamberth,

I first met Rachel and her remarkable family eleven years ago. I was amazed at how respectful and knowledgeable all her children were, from the youngest to the oldest.
Their ability to ask questions and have intelligent and meaningful conversations with an adult, no matter their ages, has always impressed me, especially in today's times where it seems honor and respect are no longer the norm.

All of Rachel's children are without a doubt the most well rounded and respectable kids I have ever met, and that only comes from good parenting with a lot of hands-on love for her children.

We all make mistakes, and we pay the price for them.
As a result of being under house arrest, Rachel was not able to attend her daughter, Rebecka's wedding, nor the birth of her two grandchildren. As a father of three and grandfather of eight, I cannot imagine the cost and pain of not being able to be present and hold each of my grandchildren.

Rachel is an extremely loving and caring mother whose children need her as much as she needs them. I humbly ask that you please reunite Rachel and her children; Tessa, her youngest daughter, is only seven years old.

I have kept this letter short and to the point, knowing your time is valuable. Please feel free to call me at the number listed above if I can answer any questions you may have.


Sincerely,

Edmund Wayne Anderson
Edmund W. Anderson

9-9-2023
Royce Lamberth
333 Constitution Ave.

Dear Judge Royce Lamberth,

I am Gabriel Powell, I am 15 years old, and Rachel is my mother and the mother to my 7 siblings.

Right now, I am working to save up for a car for when I turn 16 and if Rachel goes to jail, I will have to stop working so I can take care of my two younger siblings, Nikolaus and Tessa because my Dad work a full time job, over time, and on his own business. Also, I will not be able to play any sports such as basketball and football because Rachel is the one that sets them all up. Plus, Rachel would be missing out on many of her grandchildren's birthdays and her own children's birthdays. My younger sister is only seven years old, and Nikolaus is only twelve, so it is crucial that they have their mother. If Rachel does not go to prison, I will be able to keep my job and get a car, Rachel or I could bring Nikolaus and Tessa to sports, music lessons, and to our grandmother's house for art. Either of us could also bring our 93 year old grandmother to her doctor appointments.

I am just asking that you go easy on her. She currently has six grandchildren and if put in prison for too long she will have more and not be able to see them. She has already missed out on too much like her daughter's wedding and many birthdays. So please don't give her a long sentence or just leave her on house arrest.

Sincerely,
Gabriel Hayden Powell

August 14, 2023

Dear Honorable Judge Royce Lamberth,

I am writing this letter on behalf of Rachel Powell. I have come to know Rachel quite well over these past few years. You see, my nephew was Matthew L. Perna. He is the January 6 defendant who hanged himself on February 25, 2022, because he had deteriorated mentally and physically after being arrested for attending the rally on January 6th. Matthew did not commit any acts of violence but was told that after pleading guilty, he was facing the possibility of many years in prison because the Department of Justice was seeking to add a sentencing enhancement at his hearing. This wore my nephew down to the point of taking his own life. To say that our family is devastated is an understatement. He was 37 years old and had never had a parking ticket prior to his arrest on January 6.

Rachel was just someone I had known through the news stories during my nephew's 13-month ordeal. Matt's funeral was attended by over one thousand people, and one of them was Rachel's employer Joe Jenkins, who came in her place because she was on house arrest. Matt's father, who also lost his wife and suffers from Parkinson's disease, has prayed for Rachel ever since. Rachel has been a wonderful friend and support to me during the worst time of my life.

I have met Rachel's amazing children, and they are certainly something Rachel should be quite proud of. They are all polite, kind, and highly intelligent. They are all very worried about their mom and what the future holds. It is heartbreaking. I call Rachel a pioneer woman when describing her to others. She is a hardworking mother who is kind and generous. Before being arrested, Rachel raised her chickens, turkeys, and bees and canned everything she grew in her extensive garden. She homeschooled all her eight children while working and managing her farm.

My nephew did not have children or a wife. His sole concern was taking care of his father. Despite not having the responsibility of a large family like Rachel, Matt was so afraid of going to prison and worried about the effect that it would have on his father's disease that he took his own life. I cannot begin to fathom the thoughts and feelings that Rachel is having, knowing that she will miss milestones in her children's and grandchildren's lives. Not being able to continue their homeschooling and having to enroll in public school is something that will be quite a difficult adjustment for them. There are so many things that I can mention, all of which will affect the lives of her children, who are innocent victims in all of this.

Rachel regrets her actions on January 6, 2021. Many people, including my family, wish the entire day never happened. Rachel has been under house arrest since February 2021. There are hardened criminals who have spent less time in jail, and Rachel's sentence has yet to be determined. Knowing that my nephew deteriorated to the point of taking his own life with lesser charges than Rachel's raises much concern for Rachel's well-being as well as her children's. She is regretful and apologetic for her actions; the past 18 months have been the worst months of her life.

I ask you to please have mercy on Rachel. Please show her the mercy that was not shown toward Matthew Perna.

Sincerely,


Geri Perna

August 21, 2023

Honorable
Judge Lamberth,

I am writing in regard
to the inditement of Rachel Powell.
Rachel was our daughter-
in-law for about 15 years. We
had a wonderful relationship.
Never anger or disaproval
other.
She was and is a
wonderful mother. Our
grand children are really
great young people. Very
respectful to us and
their parents.
I do not know how
Rachel got involed in this.
This is a huge shock
for us!
I would like you
to know Rachel is a
good person. She would
never hurt anyone.
Our son would

like to have Rachel
involved with her —
their children. They
miss her.

Please "Your Honor"
would you let Rachel
be with her children. I
am sure she is sorry
she ever got involved
in this. This has really
missed up her life and
the life of her children.

Respectfully

Mr & Mrs.
Richard & Regina
Powell

**Holly Lee Beatty**
19 Branch St.
Stoneboro, PA 16153
724 974 6918
montecrazy1971@hotmail.com

26th August 2023

To whom it may concern,

I'm writing to speak on Rachel's behalf.

She has been a good friend of mine from my church since she started coming there a couple of years ago. I had known her briefly as a teenager through mutual friends and she had always been an amazing person. Through getting reacquainted with her I can see that hasn't changed. She is a wonderful person, and excellent devoted mother and a true patriot. Her family is her everything besides God and her heart truly is only for what is right and just for all. Which is a rare quality in this world in my opinion. We have prayed together, cried together and smiled together. I have heard her fears and wiped away her tears. She is not evil. She is not crazy. She is not an insurrectionist. Her heart is so big she'd give a person whatever she had if they were in need of it. I know because she's done that. She loves our country. And our people. And her only desire is for her children to grow up in this country safe and with the freedoms she grew up with. For this country to be what the Constitution says it's supposed to be. That's not wrong. It's our patriotic duty. I wasn't there on January 6th, but I do know this, Rachel is an asset to our country not a danger. She's a safe place for her children and others. She's an honorable human being. We need more people like her, not less. I love her and I value her perspective, her friendship and her courage beyond words.

Sincerely,

Holly Lee Beatty



**JOSEPH JENKINS**
INC.

● *E-Commerce* ● *Consulting* ● *Publishing* ● *Training* ●

The Honorable Judge Royce C. Lamberth
The U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Washington, D.C. 20001
September 2023

Re: The United States of America v. Rachel Powell

Dear Honorable Judge Lamberth,

This is a letter of support for Rachel Marie Powell, J6 defendant, who I have known for several years. Rachel is currently my office manager, sales manager, and housemate. She and her kids moved to my property in October 2021 after she had to sell her farmhouse to pay for legal fees related to her arrest. She and her kids have lived in my home ever since. I believe I personally know more about her legal situation than anyone else in existence. I was with her just before she departed to the Capitol building to attend the January 6th, 2021, protest. I was the first person she saw after she left the protest and returned home.

When I met her, she was working at a farmer's market selling cheese while also delivering organic produce to private homes on a scheduled basis. She delivered fruits and vegetables to my office as well as to my two sons' nearby homes. Her next-to-youngest daughter, Adah, hunted deer with my family in our private hunting ground at age 17. Her second-oldest son, Ben, got a job working full-time with my son's construction company, Jenkins Slate Masters, Inc. at age 16. Her 3rd to oldest son, Gabe, joined our hunting group and shot a buck at age 13 on his first day of hunting. He now does odd jobs around my property. Rachel's youngest daughter, Tessa, now age 7, has spent many hours homeschooling in my office building, where I have a conference room and a blackboard. Her youngest son, Nick, age 12, is the chief pancake maker in the household. Gabe and Nick also do the dishes and help clean the house.

According to most Trump voters, the election results in Pennsylvania, where Rachel lives, appeared to be fraudulent. Trump had, and still has, huge support in our state. At midnight on election night, Trump had led Biden in Pennsylvania by around 550,000 votes. By 7 a.m. Wednesday, Trump's lead had grown to nearly 700,000 votes, seemingly insurmountable. The next day however, Biden was declared the winner, based on mail-in ballots, which, suspiciously, almost all seemed to be only for Biden. Trump voters, understandably, cried foul. In the ensuing two months, evidence of election fraud mounted. There is no space in this letter to go into this in any detail. Books have been written, documentaries aired, lawsuits filed, and investigations remain pending. *2000 Mules* detailed the ballot box stuffing in PA and other swing states, as investigated by True the Vote. Mollie Hemmingway wrote a comprehensive book about the fraud titled *Rigged* (which Rachel lent to me as an audiobook that I listened to while driving back and forth to DC for her hearings). The 2020 HBO documentary *Kill Chain* provided convincing evidence of voting machine vulnerabilities, which Rachel and I had watched together. Renowned psychologist Dr. Robert Epstein's research on Google's election manipulation showed how Google has been invisibly manipulating millions of American citizens to vote for Democrats, especially in 2020. The Twitter files, released after Elon Musk bought the social media platform, revealed an alarming level of information manipulation and censorship on Twitter by the FBI in order to benefit the Democrat party. All of the above information, and much more, has been censored, vilified, ridiculed, and blocked by mainstream media.

Rachel felt very strongly that the accusations of 2020 election fraud were legitimate and had to be investigated before the electors could be certified. Bush vs Gore took a month to rectify; why the rush to certify the 2020 election? She drove to DC by herself, in an old VW sedan, to attend the "Stop the Steal" rally, motivated by her concern for election integrity and compelled by patriotism and a sense of civic duty. Her intention was to exercise her 1st Amendment constitutional rights to freedom of speech, freedom of assembly, and the right to petition the government for redress of grievances. She was not a stooge of Trump as the media would portray, nor was she motivated by Rudy Giuliani or any other politician or political actor. She is capable of thinking for herself.

She watched Trump's January 6th speech from a far distance due to the massive crowd, then left the speech early and walked to the Capitol building with a woman she had met. As the crowd at the Capitol surged, people of all ages and all walks of life, men, women, babies in buggies, and children, young and old, individuals and families, stood side by side loudly demanding their grievances be heard. This is evident in the *Epoch Times* "The Real Story of January 6" 2022 documentary. Before long, flash-bang grenades began raining into the crowd. Police lined the Capitol balcony firing rubber bullets into the protestors like shooting fish in a barrel. Rachel showed me video footage on her phone of the police firing from the balconies. The man standing beside Rachel had a hole blown in his face by a rubber bullet. She photographed it on her phone. This was followed by tear gas, pepper spray, and beatings with police truncheons. The result was like throwing a match into a smoldering pile of tinder. The protest erupted into a riot. Then, a woman, Roseanne Boylan, was crushed in the Capitol building doorway where her body was repeatedly beaten by police as she laid on the floor, dying (as shown on the *Epoch Times* documentary). Rachel stood by and watched her die, unable to help. The news of Ashli Babbit being shot and killed raced through the crowd. The riot that followed was unfortunate, and Rachel regrets that she engaged in violence when she helped a protestor break a window with tools handed to her from the crowd. What's done is done.

The entire 2020 election, and everything surrounding it, was, and remains, a stain on America. It will remain so for many years, if not for generations, before a full resolution of what truly happened occurs, if there ever is a resolution. In the meantime, Rachel has been arrested, confined, convicted, and now faces sentencing for nine federal charges.

As I write this, she has been under house arrest for over two and a half years. In the beginning, she was allowed work release. I hired her for two days a week on April 15, 2021. She quickly demonstrated an unusual level of competence, so a few months later I offered her a full-time position, which she accepted, first as an hourly employee, then as a salaried "office manager and sales manager." My company, Joseph Jenkins Inc. was incorporated in 2003. We are a small operation grossing an average of about a million dollars annually. Because I write and self-publish non-fiction books and provide consulting services in two unrelated fields, plus manage a 501c6 international non-profit trade association, plus conduct training courses, plus operate an e-commerce business, I have a need for employees who have broad skillsets. Rachel fit perfectly. [I am attaching a summary of her work responsibilities prior to her being limited to strict home confinement.] My online sales division is entirely dependent upon Rachel, as are the small family manufacturing businesses whose products we sell online. She is essential, indispensable, and crucial to my company. Sending a gainfully employed, honest, tax-paying mother, grandmother, and American citizen to prison for an election fraud protest would serve no constructive purpose, especially after she has already been punished for over two and a half years.

Shortly after I provided Rachel's pretrial services officer with the attached job description, Rachel was accused of violating her terms of release. A complaint had been provided to the FBI by a man named Thomas N. Thomas, a person I have known for 40 years and whose life I once saved using the Heimlich maneuver. Mr. Thomas falsely accused Rachel of violating her house arrest because he saw her with me, in town, on business, during a break (we stopped to pick up food at a food truck on the way home). Mara Williams, Rachel's pretrial services officer, subsequently accused Rachel of "gardening" outside the purview of her work responsibilities, which was also completely false. When Rachel tried to explain to the court the facts of this matter, she was cut off, reprimanded, and threatened with jail. I witnessed this Zoom hearing myself, as well as most of Rachel's other court Zoom hearings, and am more than willing to testify under oath in a court of law about this matter. On September 27, 2022, the court ordered that Rachel be confined to strict house arrest. Her office is located only a five-minute walk from our house down a tree-lined path entirely on my private 143-acre tract of land in rural western Pennsylvania. She was forbidden to walk to work, or to even be outside. I had to move her office to our spare bedroom and have all business calls forwarded to her cell phone. The out-of-office work Rachel was responsible for became impossible to do, such as unloading trucks with a forklift, receiving customers and deliveries, taking vehicles to the garage for maintenance, running checks to the bank, meeting with sales personnel at their place of business, office maintenance, store inventory, and so on.

Rachel still works full-time on a salary, in the bedroom, taking phone calls, managing sales, and operating the online sales division of my company. I look forward to the day when she can return to her office. I am a gardener and always have a sizeable garden at my home. Rachel is an avid gardener as well, but in the two years Rachel has lived in my home she has never done any work in my home garden, due to her strict conditions of release. I look forward to the day she can be gardening again.

In the meantime, Rachel has a large and close family who are very dependent upon her. She has eight children (four are minors) and six grandchildren. They all live within a short driving distance. She has custody of the three youngest

children more than half-time when they live with her in my house. The childrens' father works long hours as a factory mechanic. He is single and often drops off the kids with Rachel on his way to work, picking them up on the way back. Rachel homeschools three of the minors, ages 7, 12, and 15. She often babysits her grandchildren when they get dropped off at my house. She helps care for her elderly grandmother, who is 94 and lives in her own country home, by arranging such things as firewood deliveries and rides to doctor appointments, or rides to my house for family visits. Rachel is the hub of her family. She also cooks, cleans, is an avid reader, and does all of this while managing the Joseph Jenkins Inc. (now in the bedroom) office and sales. Rachel's mother and father, however, although both still alive, have almost no contact with her. Her father abandoned her as a young child, and she has not seen her mother, who has a history of grappling with drug problems, in years. Her stepfather, who lives with his 94-year-old mother, is a severe alcoholic. Rachel is a self-made successful, tax-paying, fully employed, healthy, exemplary citizen, dedicated mother, and community-oriented woman with  no criminal record. She is not a criminal, despite the false insinuations of the prosecution. She got caught up in a riot, is sorry for what happened, and needs to move on with her life.

Rachel missed her daughter Bekah's wedding, a 45-minute drive away. She couldn't go because she was under house arrest. Rachel missed her oldest daughter Savannah's home birthing. The granddaughter Daisy's birth took place only 15 minutes away, but Rachel had been accused of "gardening" and put on strict home confinement. Rachel also missed another grandchild's home birth, a baby boy named Gideon, born only a 45-minute drive away, due to her strict confinement.

Contrast this with recent headlines: *"Denver approves $4.7M settlement to Black Lives Matter protesters"; "Philadelphia Will Pay $9M to George Floyd Protesters"; "New York to pay $13 million to Protesters Arrested During George Floyd Protests."* BLM rioters burned police stations, looted stores, and firebombed police cars but are being paid millions of taxpayer dollars after causing $1.5 billion in damages, injuring 150 police officers, and taking part in protests where many people died. In the meantime, a Pennsylvania mother of eight and grandmother of six, with no prior criminal record, who raised chickens, home birthed, home schooled, did Yoga, and gardened, is being crucified by the United States of America under the Biden administration for protesting election fraud in Washington DC. This should make any decent person's blood boil. It does mine.

Rachel Powell is not an "insurrectionist." She never tried to overthrow the U.S. government. She stood up for what she believed in, alongside hundreds of thousands of other American citizens who were goaded into violence, not by Donald Trump, but by grenades, bullets, and tear gas. Rachel is not a "terrorist." The ninja stars the prosecution waved around as evidence belonged to her teenage son. The broken phone screens the prosecution alleged indicated some kind of conspiracy belonged to Rachel's daughter, who repaired broken phones with her dad. The insurrection accusations would be laughable if not for the determination and cruelty of the Biden DOJ prosecution. Rachel was not able to present exculpatory evidence to the court because of the extremely high legal fees and court costs, estimated by some lawyers to be approaching $150,000 if she took her case to a jury trial. Biden got 92.1% of the vote in Washington DC to Trump's 5.4%. How can a J6 defendant receive a fair trial under these circumstances when the trials are held in Washington DC?

We the American people must rely on the judges in our justice system to weigh all factors and arrive at decisions based on wisdom, justice, intelligence, fairness, and mercy. Rachel has been punished enough. For the prosecution to say that two and a half plus years of confinement does not constitute punishment is, frankly, insulting. She needs to pay for that broken window, but she needs to return to a free and normal life for her own sake and for the sake of her family, friends, and community. Judge Lamberth, I implore you to take into consideration everything I have outlined in this letter with an open mind.

In all sincerity,

Joseph C. Jenkins
176 Jenkins Ln, Grove City, PA 16127
Ph: 814-786-7102; Cell: 724-967-2504
Email: joe@josephjenkins.com



Rachel's family, above and below. Her grandmother and stepfather are in the lower photo. All eight of her children are present in that photo. Rachel is in the white shirt (top) and red pants (bottom).









Clockwise from top left: Rachel with Daisy and Gideon; Tessa homeschooling in the office; Gabe, Nick, Ben, and Rick (Rachel's Ex); Gabe's first deer.





Joseph Jenkins Inc. is a Pennsylvania S-Corporation formed in 2003. Its services include publishing, consulting, retail sales (ecommerce), and training.

The training includes primarily slate roofing classes and seminars (https://SlateRoofTrainingCenter.com).

The consulting includes national consulting in slate roofing, including expert witness services and litigation support (https://TheSlateRoofExperts.com). Mr. Jenkins published a book in 1997 (The Slate Roof Bible) that elevated him to a top position in the American slate roofing industry. The book is in its 3rd edition and has won a multitude of book awards.

Joseph Jenkins Inc. also provides consulting services worldwide related to composting as a sanitation alternative (https://humanurehandbook.com/consulting.html). Mr. Jenkins had converted his graduate thesis into a popular book in 1995 (The Humanure Handbook – now in its 4th edition), and still is heavily involved in composting research. This book was also presented with numerous awards (https://www.josephjenkins.com/awards.html). We occasionally host visitors from around the world who are interested in learning more about the composting processes, at which time we conduct onsite composting trainings, interviews, and events. We maintain several active compost bins onsite at all times. Our research regarding composting requires that we utilize the compost for growing plants. We therefore maintain several gardens and are responsible for all the associated maintenance.

The owner (Joe Jenkins) also conducts speaking engagements worldwide (https://www.josephjenkins.com/speaking_engagements.htm). Mr. Jenkins' occasional and sometimes lengthy absences from the main office while conducting consulting services, speaking engagements, or publishing research, requires an office manager capable of a variety of skills needed to maintain the business in his absence. He also has an office in his home where he prefers to work on his writing and books, at which time the main office is entirely in the hands of the office manager (Rachel Powell).

Rachel is the only corporate employee other than the owner, Joe Jenkins. The company reorganized and downsized in 2017-2019, eliminating the need for most employees. Maximum employment included nine persons at one time. Rachel's numerous, unique, and specialized skillsets enable her to handle the various responsibilities required for this job. Her background in sales, organic gardening, construction, animal husbandry, and customer relations, among other things, provide her with the foundation to successfully maintain the position of Office and Sales Manager at Joseph Jenkins Inc. She is an essential, one-of-a-kind, employee who is irreplaceable.





Her substantial responsibilities include single-handedly managing the entire office and warehouse, including, but not limited to:

- Fulfilling all internet and phone orders (Jenkins Inc. has been selling online for two decades and handles about $1 million in sales annually).
- Tracking all product shipments.
- Communicating with customers daily by phone and email.
- Issuing credits for purchases, handling returns, rectifying damaged shipments, pursuing lost deliveries.
- Maintaining inventory.
- Daily direct communication with our suppliers (we distribute for approximately 26 manufacturers).
- Offloading tractor trailer deliveries with forklift.
- Cleaning and organizing the stock room and warehouse.
- Cleaning and organizing the outdoor stock yard, including weeding around pallets or slate piles.
- Maintaining flower and ornamental beds around the office or anywhere on our site in public view, including weeding, pruning, planting, applying compost, and mulching.
- Providing organizational and hosting services (e.g., making coffee, setting out place holders, registering students, handling the registration fees, and so on) for meetings, instructional classes, and board retreats.
- Answering the phone for the non-profit organization whose office we host (Slate Roofing Contractors Association of North America Inc.).
- Assisting with non-profit membership renewals, including emails and phone calls.
- Interfacing with the postal service, which handles most of our small packages, including taking packages to the post office, when necessary.
- Assisting with banking business, primarily delivering checks to four separate banks for deposit.
- Running errands as needed, including picking up office products and supplies, obtaining workshop supplies and agricultural materials.
- Assisting in compost production and utilization.
- Jenkins Inc. hosts international conferences, community events, and social gatherings. Rachel is expected to attend and help manage these as well.

I have known Rachel Powell since May of 2019. I can attest to her character and integrity. Accusations that she may be a threat to the community are laughable and false. Anyone can see from the information in this letter that she has her hands full with her job. Add to these responsibilities the homeschooling of four of her eight children. Consider the weight of the politically motivated criminal charges that she has been burdened with due to her participation in the January 6th election fraud protests. It should be obvious that any harassment of Ms. Powell for conducting her daily business responsibilities would be cruel and uncalled for.

Sincerely,

Joseph C. Jenkins

Joseph C. Jenkins, President, Joseph Jenkins Inc.

143 Forest Lane, Grove City, PA 16127 USA; Ph: 814-786-9085; Fax: 814-786-8209
Mail@JosephJenkins.com; https://www.josephjenkins.com

September 25, 2023

To the honorable Judge Lamberth,

I wanted to take a moment to put to paper what Rachel Powell has been to me over the years.

I first met Rachel when she was running a local organic produce co-op club many years ago.... goodness, it must have been over 10 years ago now!  She spent many, many hours traveling, sorting, calling, emailing etc. in order to get us and her own family organic and healthy food.  This time and effort helped me to be able to afford these foods for my family and was instrumental in our health journey.  We continued our friendship through the years and became closer through many life experiences we shared and had in common. She is a wonderful mother who, for many years, stayed home to homeschool and raise her family. I can remember talking with her many times about different strategies for homeschooling my own kids. Always so helpful when I needed her help!

I can also remember many times we have come together with other friends to raise our own meat. We would order pallets of feed as a group and then we got together as a group to process all the meat to put in the freezer.

It meant so much to have other moms to lean on and depend on, especially Rachel who was always there.

But above all of these things is her heart. She does all the other things she does in her life out of love for her family and friends.  She has contributed so much to my life and my world is a lot better with her in it.

Thank you for taking the time to read this and I do hope you take this into consideration.

Jenn Horstman

August 22, 2023

Honorable Judge Royce Lamberth

I am writing to you on behalf of Rachel Powell.

I have come to know Rachel this year through business dealings I have had with her. When we first met, I had no knowledge of her involvement in the events of January 6th.  My dealings with her have been typical supplier to customer and I have found her to be sincere and reliable and committed to her customers.

As I got to know her and the topic of her house arrest was discussed, I came to believe that she realizes the severity of what occurred and regrets her actions.

While I cannot support the events nor the crimes that were committed on January 6th, I would only ask that you consider how her extended absence due to incarceration will adversely affect her employer's business.  This would cause a ripple effect of harm to the livelihood of not only their business, but my business and that of their other suppliers, as well as their employees, and their families, etc.

My concern is admittedly in my own self-interest, but I believe that consideration should be given to the unintended consequence of potential harm to others when determining sentencing.

Sincerely

James Bennington

Kathleen A. Haag

1266 Georgetown Road

Sandy Lake, PA 16145

grandmakatefla@yahoo.com

On behalf of Rachel Powell

To whom it may concern:

Rachel and I met in 2019, when we worked together at a used book business. We worked

closely together to prepare the building, set up and organize the large retail space to open to

the public. Rachel impressed me with her intelligence, reliability, and hard work, as well as her

devotion to providing for her (at that time) seven children still at home, as a single mother.

To the best of my knowledge, Rachel has never been on welfare or depended on government

aid for herself or her family. She has, in the past, worked full time, raised poultry for eggs and

meat to sell, and ran a produce buy-sell delivery service to earn more income. She continues to

work despite having been restricted by an ankle monitor for over 2 years.

Rachel loves the opportunities and freedoms that America offers and is passionate about

protecting them for the future of her children and grandchildren.

While she may have gotten swayed by others, I believe she went to the Capitol on January 6th in

the sincere belief that protest was a method to bring about change for the better. Rachel is

definitely not a terrorist or insurrectionist; she and her children deserve compassion and

leniency. She has already served over two years confined to her home, except for work and

necessary doctor's appointments, etc. Her minor children would be severely affected if she was

removed from their home and incarcerated. I would ask that you sincerely consider that she has

had no prior arrests, or criminal record, and show leniency in her sentencing.

Thank you.

Sincerely,

Kathleen A Haag

# Katherine Scahill Ulisky

336 Old Beech Road, Grove City, PA 16127
724-859-3343
katieulisky@gmail.com

The Honorable Judge Royce C. Lamberth
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Monday, August 28, 2023

Dear Honorable Judge Lamberth,

The intention of this letter is in the hopes of conveying to you the character and nature of Rachel Powell, with regards to the upcoming sentencing hearing. My name is Katherine Ulisky and I have known Ms. Powell personally since the Summer of 2017, therefore I shall remove the formality and call her Rachel for the remainder for this letter.

My husband and I reside in rural Western Pennsylvania along with our two young daughters and a number of cats. Our home is adjacent to my father-in-law's property where Rachel has been an employee and resident since her home confinement first began. Please forgive me if I should lead you to believe Rachel is merely my neighbor, as she, along with her children are simply considered a be part of our family.

Rachel has always had a large heart, open to all. She has always been family-oriented and focused on homeschooling and her children. I have always found the *idea* of something new versus the *doing* of it to be a great obstacle, but I have never seen that same reluctance in Rachel. No matter the case, there she is right with her children, and above all else enjoying every moment. She is such a wonderful grandmother, such a positive and magnificent asset to her daughters', to myself. I rarely ever find myself seeking help, in general or with my children. When I was diagnosed with Lyme's Disease Rachel never made me feel like I was asking for anything. She watched my children, had them for sleepovers and constantly checked in with me. The helping hand, open heart and love I have felt or witnessed is her true nature.

After six years of friendship it feels very complicated to describe in words the simple yet extraordinary person Rachel has always been prior to the events of January 6, 2021 and still today. Particularly attempting to elucidate the person I know into a paragraph; a paragraph that carries the hopes of showing that a person is not solely their crimes.

With the utmost candor, I ask you to please take into consideration the entirety of Rachel Powell's life. I implore upon you to take into consideration that the duplicity of Rachel's thoughts, words or actions that day do not measure her as a person. I beg of you to consider leniency with regard to the judgement of sentencing.

Sincerely,

Katherine Scahill Ulisky

October 1, 2023

The Honorable Royce C. Lamberth
United States District Judge
District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

Your Honour:

The purpose of this letter is to speak to the positive character traits of Rachell Powell.

I have been friends with Rachel for three years and am aware that she has been found guilty of civil disorder, obstructing an official proceeding, and aiding and abetting the destruction of government property on January 6, 2021.

Rachel's trespasses and the subsequent house arrest and accompanying loss of liberty have caused her great anguish, suffering and turmoil. These costs have also been shared by her family and community that love and respect her.

In the winter of 2021 while under arrest, Rachel's pregnant daughter miscarried. Given the stress her actions placed on her family, Rachel feels a sense of responsibility and guilt for this that will haunt her the rest of her days. Moreover, the conditions of her house arrest and defense forced her to sell her home and removed the children still at home from her.

Rachel is a naturalist and organic farmer. In her prior residence with the children in tow, she built a root cellar on the side of the house where vegetables from her garden were stored. She was enthusiastic about her job selling organic dairy products at local farmers markets until our response to the Covid 19 crisis forced the company to shut down.

Rachel is a voracious reader and eagerly shares what she learns and comes to master. Her natural curiosity and instant comprehension belie the fact that her highest education credential is a high school diploma.

Rachel seeks to add value to all around her and as such is a blessing to her family, community, state, and country. For the above reasons I beg you to be merciful in your sentencing of Rachel.

I would be pleased to discuss this letter and can be contacted at 626.825.1331

Your obedient servant,

Kevin Lynn

September 5, 2023

Honorable Royce Lamberth,

My name is Kyle Selden. I served 7 years in the United States Marine Corps including active duty in Desert Storm. More importantly ***I was a corrections officer for 22 years***, running my own open, not locked down unit very successfully at SCI Mercer in Pennsylvania.

I have known Rachel Powell and her family for over 15 years. We have children close in age and lived only a few miles apart for several years. We have vacationed together, our children played together, and because of my close relationship with the whole family I have been able to witness Rachel raise her children while being an asset to the people around her. Besides my own mother I know no woman who is as good, kind, and hard working as Rachel Powell.

Rachel does not belong in the system. I believe she understands the gravity of her situation and has learned her lesson. She has taken complete responsibility, going as far as selling her home to pay the debts for her situation. If she is taken into custody, it will have a detrimental affect on her and her whole family. I have seen firsthand what happens to children whose parent(s) are incarcerated, and the ripple effect it has on society. I do not believe even one good thing could come from that situation especially since her ex-husband, Rick Powell, will be lost without her. He lives in a small home that is in the middle of renovations, works so many hours that I never see him anymore, and he would struggle to keep his family going because the family depends, and always had depended, on Rachel for child rearing. I do not know how Rick will be able to parent this family without her.

I feel that between my work history and my intimate relations with the Powell family that I can provide a unique perspective to the court. Please take my experience and firsthand knowledge into consideration when sentencing Mrs. Powell. If you have any questions, please contact me at 724-699-6244.

Humbly at your service,
Kyle Selden

To the honorable Judge,

My name is Linda Strawbridge. I am a retired former organic farmer and more recently a retired state employee of Human Resources at Polk Center. I am writing to you concerning an old friend -Rachel Powell.

We once had a history of sharing natural living and lifestyle techniques, such as gardening, life skills, cooking, natural food distribution, hiking and kayaking. Rachel was a steadfast and stellar example of an amazing home-schooling mom/teacher, and she distributed a lot of quality natural food to our community. She also helped her children to learn about all of the above and much more. Her kids were always well read, sociable and friendly, and had practical skills.

After Covid hit, Rachel's food and livelihood businesses came to a screeching halt because much of it was based on being face to face with her customers. So, she was in the position of losing the way in which she took care of her family. There was a disconnect I believe, in the recommendation of isolation and masking by the government, and her sincere belief in the role that food and lifestyle play in our health and immune system. I don't believe that's unreasonable personally. She, however, then began to become highly agitated about it all and believed that too much overreach was being applied and started to see it as a conspiracy. We drifted apart around then, and Rachel began to identify more with groups of people that I saw as somewhat fringe and fanatical. But so be it, we live in a free country, and all must daily walk a path we see as right.

To jump ahead to January 6th,2021, I personally did not see her actions look like to me as appropriate or even mildly admirable. I believe that her actions appeared to me to look quite wrong and make no bones about that. I do, however, view the fact of her lockdown since she was arrested, as someone being held as guilty before her fair trial, and rather vehemently believe that every day of it need be credited as time served.

Having known Rachel and her family in the past as very good and community-minded people, I would hope to see her receive as light a sentence as possible, perhaps even time already served, in my humble opinion.

Thank-you for your time and consideration,

Sincerely, Linda Strawbridge

September 2, 2023

Dear Judge Lamberth,

I am writing this letter to inform you of what I know concerning Rachel Powell.

I met Rachel 20 years ago at our home church, Calvary Fellowship Chapel in Mercer, PA. We both attended there together several years where I got to know her and her family quite well.

She has been a strong leader of home steading in the local community.  She has led several programs teaching others about preserving food and living off the land. She is an advanced herbalist and knowledgeable source for many natural subjects. She has been an on hands mother as well as friend.

Her family and community are worse off without her. We can only imagine what it would be like for her children to be without a mother, since the father will not have the help he needs to parent them without her.  So please take this into consideration when determining her sentence and if there is any remedy that can be doled out instead of incarceration, please consider it.

Thank you,
Elizabeth Toth
724-967-2307



**MARLYN JENSEN**

512 Oakland Avenue
Grove City, Pennsylvania 16127
Private Music Teacher:  piano, strings, harp
marjensen@zoominternet.net

September 25, 2023


Dear Sir:

I'm writing this letter in regards to Rachel Powell. I have taught her children music lessons (harp, violin & piano) since July 2020.

Ever since her children began lessons, she has been generous.  In addition to regular lesson payment, she has often given my family something extra, whether it was eggs from her chickens, baked goods from her organic food business, or produce from her garden.  This has meant a great deal to me and often been the perfect gift, when it was most needed.

She homeschools her children and has had a desire to provide an excellent education for her children, often being flexible according to my teaching schedule so that her children can have music lessons.

What has impressed me the most is her positive attitude and continual cheerful spirit, amid her circumstance of being confined to home.  Whenever I arrive, she is welcoming and upbeat, never complaining.  We are still feeling the effects of a world-wide pandemic, with many people still dealing with negative effects from being confined to home for a few months.  Rachel has been confined for several years, yet I would rate her state of mind as being more healthy, professional, mature and positive than the average adult.

She is an exceptional person and an inspiration to those who know her.  If she is this way on a day-to-day basis in the privacy of her home, I can only imagine the positive impact she could have on the community.  Please take her encouraging attitude into consideration when making your judgment.

Sincerely,

*Marlyn Jensen*

**Private Music Teacher**

Date 8-7-2023

From: Mary Miller

To: The Honorable Royce Lamberth

US District Court for the District of Columbia

333 Constitution Ave. NW

Washington DC 20001

Subj: Rachel Powell

Honorable Judge Lamberth,

Judge Lamberth, I am a friend of Rachel's and I am writing you today asking for mercy.

Rachel is a good mom and her children have been brought up in a loving home. I have seen her with her children and they are devoted to each other. I have seen her preparing homegrown and home cooked meals and seen how respectful her children are to others.

I know if she could turn back the clock and relive that day she would have never gone to the capitol. The costs of her actions are far greater than she could comprehend

I am pleading with you to have mercy, consider letting her go home with time served or continued home confinement. Respectfully

Mary C Miller

Keith and Melinda Lenkner
283 North Liberty RD
Grove City, PA 16127

September 7, 2023

Honorable Judge Royce C. Lamberth
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Regarding: Rachel Powell

Dear Honorable Judge Lamberth,

We are writing to you on behalf of Rachel Powell, our friend. We have known Rachel for approximately twelve years. We met her through an organic produce company that she and her family owned and operated.

I, Melinda Lenkner, became closer with Rachel through the years. Rachel has mentored me on various topics such as gardening, nutrition, juicing, honey bees and much more. One time Rachel was generous enough to give us honey bees for beekeeping.

Rachel has an obvious zest for life and it shows with her willingness to share/teach knowledge she knows and loves to others. Rachel gives more than 100% with everything that she does. She is a hardworking individual who is diligent, dedicated, and disciplined in her work and personal life.

Rachel is the primary caretaker to her family and helps oversee appointments and general well being with her grandma. She is responsible for the schooling of her children, securing school materials, music lessons and end of year assessments. Rachel has four children still in school and the youngest being seven. Her children would require a tutor and year around child care if Rachel was not in the home. This would create hardship for her children.

Rachel supported her local community and businesses.  She volunteered her time for sports teams her children played for. Rachel and her family operated People's Organic Produce and she orders from Frontier, a co-op that provides natural and organic home, health and wellness products. She believed in providing these services so others had access to good produce and health and wellness products. Every transaction with Rachel's businesses was met with care, honesty, and integrity.

I know there will be a void in my, Melinda Lenkner, life if Rachel spends time in prison. She has given me encouragement, she is my confidant and supporter. **She will be deeply missed by her family, close friends and current employer. We believe Rachel deeply regrets participating in the events of January 6th.**

Thank you, your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence for Rachel. We stand by Rachel and we will offer further support to her as she may require.

Respectfully,

Keith and Melinda Lenkner

1-7-2023

Royce Lamberth
333 Constitution Ave.
Washington DC

Dear Judge Royce Lamberth,

Rachel is my mother and my name is Nikolaus Andrew Powell. I am 12 years old.

My mom does lots of good deeds like bringing us to the beach and to the symphony and has good qualities like helping others in need.

I have not been able to play football or sports in two and a half years. I cannot go on field trips because Rachel is under house arrest. I cannot go back to the Grand Canyon, or to Mexico.

Please be nice and give my mom just a little time or have house arrest.

Sincerly,
Nikolaus Andrew Powell

September 27th, 2023

To whom it may concern:

I am writing this letter on behalf of Rachel Powell.

In the years leading up to the January 6th, 2021 event, I came to know Rachel through her CSA food delivery service that she provided to our household. She would deliver organic, local produce, local goat cheese, and locally raised hormone free meats of different kinds to our doorstep. I could tell that she cared about her community, neighbors, and friends and that she genuinely wanted the best for everyone's health and wellbeing.

Over the years I've witnessed the unconditional love that Rachel has for her eight children. I believe strongly that if she could turn the clock back, she would have never ventured into Washington, D.C. on January 6th, knowing that the actions she chose to pursue on that day would keep her away from her children. I believe she has missed births of her grandchildren and funerals from her close family due to the repercussions of house arrest. I know she is regretful of her actions on that day. I believe she was doing what she thought was the patriotic and just thing for her country and community at that time. One of Rachels sons has helped me around my house with several small projects and I can see from his demeanor that he has a fabulous work ethic and strong sense of discipline and motivation. Rachels youngest daughter plays with my eight year old son on occasion, and she is always very polite and well mannered. It pains me to think of these children not having a mother in their lives, for potentially several years, if she is sentenced for that amount of time.

Rachel is not a violent or aggressive person, she is a caring mother and supportive community member. She got caught up in the moment on January 6th due to Donald Trumps rhetoric (a man whom I do not support politically; a man that I honestly despise!). I am a Millennial and I do not have the same political views as Rachel. In my opinion, Rachel does not deserve to be put behind bars. Maybe several years of constructive community service would suit her and benefit the populace and her children more than having her sit in a jail cell?

Sincerely,

Orion Jenkins

37

# TRANSFORMATION CHURCH

### Changed Lives Changing Lives

8/26/2023

Honorable Royce C. Lamberth,

As Rachel Powell's pastor, I am writing to present a few factors that you may find helpful leading up to her sentencing in October. In the time that she and her children have been attending Transformation Church, there has been absolutely no reason for anyone to consider her a threat. She is a hard-working, single mother of eight children. This family has become a wonderful addition to our faith family at Transformation Church.

Over this past year, I have witnessed the pain and suffering Rachel has endured as the result of her actions on January 6th. Having no prior record, she is at a loss as to how to process these unfamiliar emotions. Rachel has shown remorse while working through the events of that day. The mental and emotional torment alone has been significant. I also witnessed her having to sell her family's home to pay for her legal fees. I watched her struggle as she had to miss her daughter's wedding and the birth of her grandchild. As a loving mother, missing these important family moments has been extremely difficult.

We understand that there are consequences for our actions. Rachel has experienced a long list of consequences already. There are things that she has gone through that I am unable to put into words. The possibility of having to say goodbye to her children has become a heart-wrenching reality. Rachel understands how much her actions have negatively impacted the people she loves. She understands the trauma that she has caused them as the result of her decisions.

I am writing today to respectfully ask you to take all of these factors into consideration as you determine Rachel's future. I am praying for God's grace to be poured out to you as you make these difficult decisions. May the Lord be with you and grant you guidance to empower you to make righteous judgements.

Thank you so much for considering these observations. If you have any questions, please feel free to contact me at 724-967-6106.

Sincerely,

Rev. Scott Thomas Lewis
Lead Pastor

Pastor Scott and Laurie Lewis | 120 S. Broad St., Grove City, PA 16127
Mailing Address: PO Box 408, Grove City, PA 16127
transformationministries@yahoo.com | 724-992-9668
www.mytransformationchurch.com

Dear Honorable Judge Royce Lamberth,

My name is Patricia Stogdill. Rachel came into my life in the mid 1980's, she was about 4 years old. Rachel is a stepsister to my daughters Calley and Jessie and my son Jason. When I moved from California to Washington state, she would come to visit some summers, spending time with us riding horses and doing farm chores.

Rachel is loving and very loyal to her family and friends. She compassionately gives of herself to help others. Rachel has grown food and provided eggs for those in need. She is a source of strength, and she helped care for her grandmother Martha Augustine. Martha is 95 and she depended on Rachel for caregiving such as, house cleaning, driving to appointments and companionship. As Rachel has been on house arrest, she has not been available to help and there really is no one to help Martha or fill the void of her service to her community.

She had raised 8 children, home schooling them and teaching them to be successful contributing citizens in their own communities.

The people of this country have suffered. But I do know Rachel has far greater good to give and the past 2 years has known the consequences of her action. And the remorse for what she has done to her country, her family, and those who came to count on her.

I ask for leniency when making your decision and consider all the good the community is missing out on....

Thank you,

Patricia Stogdill

To the Honorable Judge Presiding over the case of Rachel Powell:

My name is Rebecca, and I'm writing this letter to petition you to show compassion and leniency in the sentencing of my friend, Rachel Powell. Rachel and I have been friends for over 15 years, and during that time I've come to value her perspective and opinions and to cherish her support and encouragement. Her love and passion for her children have been an inspiration to me.

I know that Rachel's desire has always been to raise her children to be responsible adults. I believe that she's done an amazing job at that, even in the face of challenging and devastating circumstances. She worked incredibly hard, both before and after her divorce, to provide a safe, loving, and stable environment for her children. I worry about those amazing and wonderful kids so much! Rachel was always the steady rock and the calm voice in their home. My heart hurts at the knowledge that the younger children won't have that if she's not there with them.

Part of me wants to write page after page of emotional stories, in an attempt to convey to you how much Rachel means to me and how much more her presence means to her children, but I know that shorter is better. Rachel is my friend. I recognize that I have personal bias, but I believe that she has paid a sufficiently hefty price already for her momentary lack of judgement and misplaced trust in people who did not have her best interests in mind. I don't see how further punishment would be helpful in this situation, since the primary people being punished are Rachel's children, by taking their mother away from them.

It is my earnest desire and heartfelt plea that you would take the future of Rachel's children and grandchildren into consideration as you determine her sentence. They need Rachel's daily, physical presence in their lives.

Thank you for your consideration.

Sincerely,

Rebecca Coult

To Whom This May Concern,

I hope this letter finds you well. I am writing to you today with regard to the upcoming sentencing of Rachel Powell on October 17th, 2023. I wish to express my support and share my perspective on Rachel's character, her positive impact on our lives, her family, and the wider community.

Rachel holds a unique and special place in the lives of my family, specifically as the adoring grandmother of my two beloved boys. One of these cherished boys had the privilege of having Rachel present on the day of his birth. Her presence and involvement added immeasurable joy to the occasion, making it an even more memorable and cherished moment for our entire family.

Beyond the beautiful experience of the birth day, Rachel's influence has extended into the fabric of our daily lives. Her willingness to lend a compassionate ear and provide invaluable, well-informed advice has been a tremendous blessing, especially in the face of the relentless challenges that come with motherhood and the journey of healing. Her guidance has helped me navigate these complexities with greater confidence and understanding.

It is not only within our family that Rachel has demonstrated her remarkable qualities. I have had the privilege of witnessing her extend her compassion, support, and knowledge to her own family members and to the broader community. Her actions have been a source of inspiration, and her dedication to making a positive impact is truly commendable.

In light of Rachel's contributions to both her family and the community, I earnestly implore you to consider her character and her commitment to the well-being of those around her when evaluating her case.

I am more than willing to provide any additional information or context that may aid in your understanding of Rachel's contributions and her importance in our lives. I remain hopeful that, with your careful consideration, a decision can be reached that takes into account the multifaceted nature of Rachel's character and her contributions.

Thank you for your time and attention to this matter. Your understanding and empathy are greatly appreciated.

Sincerely,
Rebecca Lemons

8/11/2023

Dear Honorable Judge Royce Lamberth,

I am writing to you concerning Rachel Powell, my mother.

Rachel is a consistently good, kind and hardworking person. She has been a great mother and member of our community. There are very few people whom I look up to more. This has only grown truer since I recently became a mother myself and now realize just how much time and effort she has put into raising her family.

She is the type of person who puts 110% effort into the wellbeing of her family and friends. The type of person who pulls over to give bananas to homeless people. The type of person who makes the two-hour drive to Cleveland twice a month to fill our trunk with cases of organic produce so that we could split it with other big families in our community, all so she and other local families could afford to provide their families with good, natural food.

Even as a full-grown adult and mother, I still find myself going to her all the time for advice or just to talk. I honestly don't know what our family would do without her, and I know I'm not alone in this. She homeschooled my siblings and I and made sure that we got the attention we needed. Everyone from my oldest sister (26) to my youngest (7), to my great grandma (93), to her ex-husband (my father), and my husband have missed her involvement and contributions over these past couple of years.

Regarding January 6th, I won't gloss over the fact that many crimes were committed that day. It's a day many of us wish could be wiped from the past (I'm sure my mother included). I sincerely believe if she had known what was to come, especially the effects it would have on our family, she would never have gone.

All of that said, I just ask that you consider the fact that before the disasters of 2020-2021 my mom was a good, upstanding citizen in the eyes of all her peers and I don't think anyone could ever have seen any of this coming.

I also humbly ask that you take into account the time she has spent in jail and under house arrest. Our entire family has already felt these last two years to our core. She has been in so much pain and has missed so much of our lives already. She missed my wedding day as well as both the birth of my first son and my older sister's first daughter this past year. My mom has done homebirths for the majority of my siblings, and it would have been an incredible blessing having her there for the birth of my son (for both support and experience).

I pray to God she does not miss the birth of my next, the eventual wedding of my younger sister, or any of the events to come that every good mother should be given the chance to experience.


Humbly and sincerely,

Rebekah R. Fedosick

Dear Judge Lamberth,

My name is Rick Powell, I am the ex-husband of Rachel M. Powell and father of her eight children. Rachel and I were married at the age of 19 and were married for 17yrs. I think I can accurately say that I know her better than anyone. Rachel is a good person. Although she and I have had our share of issues, I can honestly say that during the majority of our marriage Rachel was an excellent wife. I can say that she is one of the best mothers that my kids could ever wish to have.

I have talked to Rachel extensively regarding the situation regarding Jan 6th at the capitol. She is truly sorry that she ever went there that day, it is the biggest regret of her life. The two and a half years of house arrest has caused her to miss her daughter's wedding, the birth of her grandchildren, and is ruining her life as well as the life of our children.

Also, if she is incarcerated, that leaves me as a single dad working full time job with overtime, running my own business, while raising four children alone. I almost always work seven days a week, normally before the sun rises until it sets. Rachel was always the main caregiver and I do not know how I would manage without her. I have no family that is near enough or able to help. My children need their mother in their life.

So, I implore you to be lenient for the sake of my family and children.

Sincerely,
Rick Powell

Honorable Judge Lamberth,

My mother has now been on house arrest for over 2 years.
During this time, she has missed multiple birthday parties, the birth of my daughter and her first granddaughter, the wedding of her daughter, and the birth of a grandson.
There's been so much stress and hurt felt by our family in these past few years.
My mother is a good person. She participated in January 6th, but if she could go back, I know she would choose differently.
She has already missed out on so much, and if she ends up with a long sentence, she's going to miss out on even more.  My children need their grandmother, and I need my mother. I'm scared that she's going to be missing out on the childhoods of my kids. And they won't know her.
I'm pleading for mercy to be shown to her.
Thank you for taking the time out of your day and reading this.

Yours,
Savannah Huntington

Thursday September 7, 2023

To whom this may concern,

 My name is Steve Kish. I have known Rachel Powell for several years and have never heard anyone refer to her in a derogatory manner. She is a caring generous woman who is always willing to help anyone with a need and doesn't expect anything in return. Regarding the Jan 6th incident I believe she got caught up in all the confusion and followed the crowd, much to her chagrin! I'm confident she regrets doing what she did and will never make the same mistake again! She is truly a fine woman!

Thank you,

Steve Kish
724-699-1684

Susan L. Kengor
187 Daugherty Rd.
Grove City, Pa 16127

August 29, 2023

Honorable Judge Royce Lamberth

Dear Judge Lamberth,

I'm writing to you today to witness to the character of Rachel Powell. I met Rachel
approximately 8 years ago at the Grove City YMCA where I was teaching a fitness class. She and
her daughter came together to get healthier and to spend quality time together.

Something about Rachel's persona immediately clicked with me. She and I hit it off right away
when we discovered how much we had in common: homeschooling, healthy living, Christian
faith, large family, gardening, fitness and more. We agreed on most topics and became good
friends from that point on. Our children enjoyed spending time together and my husband I
enjoyed having the two big families together for a meal. We went on many field trips, including
the March for Life, and helped each other grow in various ways at that time of our life.

Rachel is a passionate and compassionate person who practices the virtue of justice in all that
she believes. This goes to all areas of her life from sharing her faith as a missionary in Mexico to
simply eating healthy organic foods. She would not settle to eat the way "everyone else does"
or resort to medications for illnesses that can be resolved by a change in lifestyle. She can
persevere and beat all odds.

She is not the type to let things stand her way when told "you can't." We connect in this trait
because I am much like that myself, to a different degree. The same goes for raising her
children and for standing up for what she feels is right or wrong. She does not like to see others
harmed or taken advantage of in any situation. She is a protector and defender. I do believe,
and she is aware now, that passion uncontrolled can lead to disaster. I believe this is what
happened when she was in the wrong place at the wrong time. She was not even planning to go
to the J6 event, but that a friend had invited her. Since Rachel had been to the March for Life,
she knew her way around DC a bit, thus the friend convinced her to come along for help in
navigating the city. I believe with all my heart that she meant well, but was not able to think
clearly of consequences, when her sense of injustice was ignited.

She is a good person. I believe that with all my heart and it saddens me what has happened. I
pray for repentance and forgiveness on all sides of this issue. I would like to add that her
children will definitely be affected by whatever decision is made about her future. She is an
extremely dedicated mother, taking the time to homeschool them and make sure that they are
being properly formed in the faith and in life. I believe without her presence, especially in these

vital years of formation, unfortunately, the direction of their lives will take a radical turn. The past couple of years have been devastating to the family.

I know this must be hard for you as well, looking at all sides of the issue. May God be with you and guide you through this decision-making process.

Thank you for taking the time to read my letter.

Sincerely and with much respect,


Susan Kengor
A friend

Tom Altman
Constable and keeper of the peace
In care of 876 route 271, Ligonier, Pennsylvania
on Westmoreland County
723-217-4008
ecoquesttom@aol.com

September 25, 2023

Royce Lamberth, the man
333 Constitution Ave.
Washington DC

Ref: Letter of reference and a claim regarding Rachel Marie Powell sentence
Case Number: 1:21-cr-179

Dear Royce:

Peace be with you and yours.
       I have personally known the woman Rachel Marie Powell for many years. She is a grandmother and the mother eight (8) wonderful children, Savannah, Jacob, Rebekah, Adah Mae, Benjamin, Gabriel, Nikolaus, and Tessa, who need her daily guidance.
I testify she is always working to improve the world in which we live. A few examples that exceed the norm are:
-      She and her children organized food co-operatives for the community on a biweekly basis; and
-      Rachel organized group training classes for things like learning to butcher and personal safety; and
-      did mission work in Mexico alleviate the situation of the poor; and
-      it has been a frequent sight to see Rachel with some of her children walking the block picking up trash.
These are only a few examples, all at her own expense, of the outstanding character you are asked to judge that will be lost to the world community if Rachel is put in prison.
       I am fully convinced that Rachel is aware she did commit sins against the people of this great country and is completely repentant. She understands fully the way she acted to solve her concerns was outside law and no additional penalty could make her more aware than the pain her family has suffered these recent years of arrest.
       Claim: It is in the best interest of the people of this great country for Rachel Marie Powell, the woman, to be released on her own recognizance. I further claim this cannot be well rebutted, and that further arrest of this woman is not in the best interest of these united states of America, nor would it be in compliance with the duty of your Office to your Oath.
       If in your judgement these claims are conclusively rebutted, I suggest she be remitted to my farm (10 acres with a five bedroom house at the above address) under my and my wife's supervision with limits as you deem fit where her children can visit freely.

Sincerely and in law,

Tom Altman

Constable, Chairman Emeritus of the Republican Party of Fairfield Township, Westmoreland County, Pennsylvania, a people on the land, and a friend of law.

Dear Judge Lamberth

Thank you for taking the time to read this brief letter regarding my friend Rachel Powell.

Before handing down any sentence I ask you to consider the following points.

1) On a very practical matter, I ask you to ensure that the location where rachel is to spend her time, be situated as close as possible to her children.

2) That Rachel be given access to books, Paper and writing implements. I guarantee Rachel will make the best use of her time bettering herself and educating herself, while on this next chapter in her life.

3) If people are required to work while carrying out their Sentence, Rachel is gifted at organic gardening and cooking. She is also a gifted teacher; Teaching, training and educating all of her 8 children, Rachel would certainly be able and no doubt willing to help benefit those around her.
Prior to all of this _____ Rachel worked for me at Mr Bookman. She would Certainly be a benefit to have working in a library or with books.

With no doubt in my mind, Rachel Powell is without doubt 100% GUILTY

of being a great Mary Ann Grosst friend
And a woman who loves this country and the
people of this land who love freedom and goodness.

We look forward to the time we have her back
in our lives with all of this mess put behind her.

May the over soul grant you wisdom, discernment,
and compassion in delivering the sentence

"That which doesnot kill us
only makes us stronger"
                                        Nich.

Sincere regards

Ben Wilkinson.