


## Extraction Report - Apple iCloud (Backup)

### Timeline (919)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Log Entries | | | | 1/6/2021 12:00:13 AM(UTC-5) | | com.apple.datausage.findmyiphone: Wifi In:0<br>Wifi Out:0<br>Wan In:502696<br>Wan Out:665348<br>Source: iPhoneNetworkDataUsage<br>Source Extraction: Legacy (8)<br>Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_B40A71B7-9FC0-4A7F-A7D0-920495F5C31F/Library/Databases/DataUsage.sqlite : 0x6F9FB (Table: ZLIVEUSAGE, ZPROCESS, Size: 524288 bytes) | |
| 2 | Log Entries | | | | 1/6/2021 12:00:14 AM(UTC-5) | | Reminders: Wifi In:0<br>Wifi Out:0<br>Wan In:7570<br>Wan Out:4810<br>Source: iPhoneNetworkDataUsage<br>Source Extraction: Legacy (8)<br>Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_B40A71B7-9FC0-4A7F-A7D0-920495F5C31F/Library/Databases/DataUsage.sqlite : 0x6FA1F (Table: ZLIVEUSAGE, ZPROCESS, Size: 524288 bytes) | |
| 3 | Log Entries | | | | 1/6/2021 12:00:28 AM(UTC-5) | | Reminders: Wifi In:0<br>Wifi Out:0<br>Wan In:77423<br>Wan Out:43921<br>Source: iPhoneNetworkDataUsage<br>Source Extraction: Legacy (8)<br>Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_B40A71B7-9FC0-4A7F-A7D0-920495F5C31F/Library/Databases/DataUsage.sqlite : 0x6F9D7 (Table: ZLIVEUSAGE, ZPROCESS, Size: 524288 bytes) | |
| 4 | Log Entries | | | | 1/6/2021 12:35:56 AM(UTC-5) | | com.apple.datausage.location: Wifi In:0<br>Wifi Out:0<br>Wan In:6548739<br>Wan Out:2345800<br>Source: iPhoneNetworkDataUsage<br>Source Extraction: Legacy (8)<br>Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_B40A71B7-9FC0-4A7F-A7D0-920495F5C31F/Library/Databases/DataUsage.sqlite : 0x6F9B3 (Table: ZLIVEUSAGE, ZPROCESS, Size: 524288 bytes) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 157 | Log Entries | | | | 1/6/2021 1:19:15 PM(UTC-5) | | com.apple.InCallService: incoming call<br>**Source:** InteractionC<br>**Source Extraction:** Legacy (8)<br>**Source file:** Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0xABD088 (Table: ZINTERACTIONS, Size: 13852672 bytes) | |
| 158 | Log Entries | | | | 1/6/2021 1:19:50 PM(UTC-5) | | com.apple.InCallService: incoming call<br>**Source:** InteractionC<br>**Source Extraction:** Legacy (8)<br>**Source file:** Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0x845FA8 (Table: ZINTERACTIONS, Size: 13852672 bytes) | |
| 159 | Log Entries | | | | 1/6/2021 1:20:16 PM(UTC-5) | | com.apple.MobileSMS: incoming sms from 9AB13234-A5A4-44D3-87C1-72DADAFC8B26<br>**Source:** InteractionC<br>**Source Extraction:** Legacy (8)<br>**Source file:** Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0x845F13 (Table: ZINTERACTIONS, Size: 13852672 bytes) | |
| 160 | Image: Location | | | Yes | 1/6/2021 1:26:36 PM [Capture Time] | | IMG_1148.JPG<br>**Location info:** (38.889786, -77.010314)<br>**Source Extraction:** Legacy (7)<br>Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1148.JPG : 0x0 (Size: 1605826 bytes) | |
| 161 | Images | | | Yes | 1/6/2021 1:26:36 PM [Capture Time] | | IMG_1147.JPG<br>**Location info:** (38.889786, -77.010314)<br>**Source Extraction:** Legacy (7)<br>Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1147.JPG : 0x0 (Size: 1502613 bytes) | |
| 162 | Image: Location | | | Yes | 1/6/2021 1:26:37 PM [Capture Time] | | IMG_1149.JPG<br>**Location info:** (38.889786, -77.010314)<br>**Source Extraction:** Legacy (7)<br>Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1149.JPG : 0x0 (Size: 1354947 bytes) | |
| 163 | Image: Location | | | Yes | 1/6/2021 1:26:45 PM [Capture Time] | | IMG_1158.JPG<br>**Location info:** (38.889786, -77.010314)<br>**Source Extraction:** Legacy (7)<br>Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1158.JPG : 0x0 (Size: 2292574 bytes) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 164 | Locations | | | | 1/6/2021 1:38:57 PM(UTC-5) | | 38.889400, -77.010000 Location info: (38.889400, -77.010000) Source: Source Extraction: Legacy (7) Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1163.MOV : 0x27C2E1F (Size: 41692727 bytes) | |
| 165 | Image: Location | | | Yes | 1/6/2021 1:39:29 PM [Capture Time] | | IMG_1162.JPG Location info: (38.889855, -77.010400) Source Extraction: Legacy (7) Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_1162.JPG : 0x0 (Size: 1434399 bytes) | |
| 166 | Log Entries | | | | 1/6/2021 1:39:55 PM(UTC-5) | | com.apple.MobileSMS: outgoing sms Source: InteractionC Source Extraction: Legacy (8) Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0x845E7A (Table: ZINTERACTIONS, Size: 13852672 bytes) | |
| 167 | Image: Location | | | Yes | 1/6/2021 1:44:32 PM [Capture Time] | | IMG_2784.HEIC Location info: (38.890227, -77.011445) Source Extraction: Legacy (7) Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_2784.HEIC : 0x0 (Size: 619216 bytes) | |
| 168 | Image: Location | | | Yes | 1/6/2021 1:44:37 PM [Capture Time] | | IMG_2785.HEIC Location info: (38.890219, -77.011437) Source Extraction: Legacy (7) Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000001_APPLE_CONFIDENTIAL/12268100371_298507/Cloudphotolibrary/12268100371/298507/iamnotrachelmarie@gmail.com-298507/cloudphotolibrary/IMG_2785.HEIC : 0x0 (Size: 542012 bytes) | |
| 169 | Log Entries | | | | 1/6/2021 1:48:08 PM(UTC-5) | | com.apple.MobileSMS: incoming sms from 658F4AA7-6075-4AF6-8E91-1E525D4F7197 Source: InteractionC Source Extraction: Legacy (8) Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0x845D54 (Table: ZINTERACTIONS, Size: 13852672 bytes) | |
| 170 | Log Entries | | | | 1/6/2021 1:53:58 PM(UTC-5) | | com.apple.MobileSMS: incoming sms from 2D719D64-4721-4937-8CBA-C927E06D491A:ABPerson Source: InteractionC Source Extraction: Legacy (8) Source file: Production_12268100371.Extracted.zip/21396949_Production_2104211121/APLiC000002_APPLE_CONFIDENTIAL/12268100371_313737/Backup/12268100371/313737/iamnotrachelmarie@gmail.com-313737/backup/D_3bff85c995522a936bcd6aa0594bea5f784e9d39/S_173365AF-B62A-410B-8157-2B0447D67512/Library/CoreDuet/People/interactionC.db : 0x845CC0 (Table: ZINTERACTIONS, Size: 13852672 bytes) | |