# United States District Court for the District of Columbia

UNITED STATES OF AMERICA         )
                                 )
            vs.                  )   Criminal No. __21cr179__
                                 )
__Rachel Powell__                )

## NOTICE OF APPEAL

Name and address of appellant:   Rachel Powell

                                 [REDACTED]

Name and address of appellant's attorney:   Nicholas Smith
                                            1123 Broadway, Suite 909
                                            New York, NY 10010

Offense:   Section 1512(c)(2)

Concise statement of judgment or order, giving date, and any sentence:
   Judgment entered on 11/2/23, sentence of 57 months' incarceration.

Name and institution where now confined, if not on bail:   N/A

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

11/13/23                                    /s/ Rachel Powell
_____                         _____
DATE                                        APPELLANT
                                            /s/ Nicholas Smith
                                            _____
                                            ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE       [ ]
CJA, NO FEE                [ ]
PAID USDC FEE              [ ]
PAID USCA FEE              [ ]

Does counsel wish to appear on appeal?                      YES [ ]   NO [ ]
Has counsel ordered transcripts?                            YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✔]   NO [ ]