APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00179–RCL</u> All Defendants

Case title: USA v. POWELL

Magistrate judge case number:  1:21–mj–00197–GMH

Date Filed: 03/03/2021

Assigned to: Judge Royce C. Lamberth

**Defendant (1)**

| | | |
|---|---|---|
| **RACHEL MARIE POWELL** | represented by | **Nicholas D. Smith** |

DAVID B. SMITH PLLC
1123 Broadway
Townsend Building
Suite 909
New York, NY 10010
(917) 902–3869
Email: nds@davidbsmithpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven Roy Kiersh**
LAW OFFICE OF STEVEN R. KIERSH
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 347–0200
Fax: (202) 248–6795
Email: skiersh@aol.com
*TERMINATED: 05/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael J. Engle**
ARMSTRONG TEASDALE LLP
2005 Market Street
One Commerce Square
29th Floor
Philadelphia, PA 19103
267–780–2063
Email: mengle@stradley.com
*TERMINATED: 02/03/2022*

1

*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (1s) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555. |
| 18:1361; GOVERNMENT PROPERTY OR CONTRACTS; Destruction of Government Property (2) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2s) | Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555. |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF | |

THE PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds with a
Deadly or Dangerous Weapon
(3)

Defendant is hereby committed to the custody of
the Bureau of Prisons for a term of Fifty–Seven
(57) months on each of Counts 1s, 2s, 4s, 5s and 6s;
a term of Twelve (12) months on Count 3s; and a
term of Six (6) months on each of Counts 7s, 8s and
9s, with all terms to run concurrently. The
Defendant is further sentenced to serve a
Thirty–Six (36) month term of supervised release
as to each of Counts 1s, 2s, 4s, 5s and 6s; and a
term of Twelve (12) months on Count 3s, with all
terms to run concurrently. In addition, the defendant
is ordered to pay restitution in the amount of
$2,753, a fine in the amount of $5,000 and a special
assessment of $100 for each of Counts 1s, 2s, 4s, 5s
and 6s, $25 for Count 3s and $10 for each of
Counts 7s, 8s and 9s, for a total of $555.

18:1361; GOVERNMENT
PROPERTY OR CONTRACTS
(>1000); Destruction of
Government Property
(3s)

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds with a
Deadly or Dangerous Weapon
(4)

Defendant is hereby committed to the custody of
the Bureau of Prisons for a term of Fifty–Seven
(57) months on each of Counts 1s, 2s, 4s, 5s and 6s;
a term of Twelve (12) months on Count 3s; and a
term of Six (6) months on each of Counts 7s, 8s and
9s, with all terms to run concurrently. The
Defendant is further sentenced to serve a
Thirty–Six (36) month term of supervised release
as to each of Counts 1s, 2s, 4s, 5s and 6s; and a
term of Twelve (12) months on Count 3s, with all
terms to run concurrently. In addition, the defendant
is ordered to pay restitution in the amount of
$2,753, a fine in the amount of $5,000 and a special
assessment of $100 for each of Counts 1s, 2s, 4s, 5s
and 6s, $25 for Count 3s and $10 for each of
Counts 7s, 8s and 9s, for a total of $555.

18:1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds with a
Deadly or Dangerous Weapon
(4s)

18:1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Engaging in
Physical Violence in a Restricted
Building or Grounds with a
Deadly or Dangerous Weapon

(5)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555.

18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(5s)

40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building
(6)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555.

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(6s)

40:5104(e)(2)(F); FEDERAL STATUTES, OTHER; Act of Physical Violence in the Capitol Grounds or Buildings
(7)

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(7s)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release

as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555.

40:5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building
(8)

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Captiol Grounds or Buildings
(8s)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555.

40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building
(9s)

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555.

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| Complaints | Disposition |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 1361, 18 U.S.C. § 1512(c), 18 U.S.C. § 1752 (b)(1)(A), 18 U.S.C. § 1752(a), 40 U.S.C. §§ 5104(e)(2) | |

---

**Plaintiff**

| USA | represented by | **Adam Michael Dreher**<br>UNITED STATES ATTORNEY'S OFFICE<br>Capitol Siege<br>601 D. Street NW<br>Washington, DC 20530<br>202–252–1706<br>Email: adam.dreher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Lucy Sun**<br>DOJ–USAO<br>595 Main Street<br>Worcester, MA 01608<br>508–368–0103<br>Email: lucy.sun@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Karen E. Rochlin**<br>DOJ–USAO<br>99 Northeast 4th Street<br>Miami, FL 33132<br>305–961–9234<br>Email: karen.rochlin@usdoj.gov<br>*TERMINATED: 02/27/2023*<br>*Designation: Assistant U.S. Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2021 | 1 | SEALED COMPLAINT as to RACHEL MARIE POWELL (1). (Attachments: # 1 Affidavit in Support) (zltp) [1:21−mj−00197−GMH] (Entered: 02/03/2021) |
| 02/03/2021 | 3 | MOTION to Seal Case by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21−mj−00197−GMH] (Entered: 02/03/2021) |
| 02/03/2021 | 4 | ORDER granting 3 Motion to Seal Case as to RACHEL MARIE POWELL (1). Signed by Magistrate Judge G. Michael Harvey on 2/3/2021. (zltp) [1:21−mj−00197−GMH] (Entered: 02/03/2021) |
| 02/04/2021 |  | Case unsealed as to RACHEL MARIE POWELL (bb) [1:21−mj−00197−GMH] (Entered: 02/11/2021) |
| 02/10/2021 | 5 | MEMORANDUM IN RESPONSE to Government's Appeal of Release Order and Motion for Emergency Stay by RACHEL MARIE POWELL. (ztg) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/10/2021 | 6 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Exhibit A. Power Point, # 2 Exhibit B. Affidavit in Support of Criminal Complaint and Arrest Warrant, # 3 Exhibit C. Video, # 4 Exhibit D. A Pennsylvania Mother's Path to Insurrection, # 5 Exhibit E. Transport Order, # 6 Text of Proposed Order) (zhsj) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/10/2021 | 7 | MOTION for Emergency Stay and MOTION for Review of Release Orderby USA as to RACHEL MARIE POWELL. (Attachments: # 1 Proposed Stay Order, # 2 Proposed Transport Order)(ztg) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/10/2021 |  | NOTICE OF HEARING ON MOTION in case as to RACHEL MARIE POWELL 7 MOTION for Review of Release Order. The parties shall take notice that a Motion Hearing is scheduled for 2/11/2021, at 2:00 PM via videoconference before Chief Judge Beryl A. Howell. Video connection details will be provided by the deputy clerk via email.(ztg) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/10/2021 | 8 | ORDER, as to RACHEL MARIE POWELL, GRANTING the government's 7 Motion to Stay Release. Signed by Chief Judge Beryl A. Howell on February 10, 2021. (lcbah3) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/10/2021 |  | MINUTE ORDER (paperless), as to RACHEL MARIE POWELL, DENYING the government's 7 Motion to Transport. The parties are DIRECTED to appear for a hearing on the government's 7 Motion for Review of Release Order on February 11, 2021, at 2:00 PM before Chief Judge Beryl A. Howell via videoconference. Video connection details will be provided by the deputy clerk. Signed by Chief Judge Beryl A. Howell on February 10, 2021. (lcbah3) [1:21−mj−00197−GMH] (Entered: 02/10/2021) |
| 02/11/2021 |  | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing as to RACHEL MARIE POWELL held via videoconference on 2/11/2021. The Defendant agreed to participate via videoconference after consultation with counsel. 7 government's APPEAL of Release Order, heard and DENIED. The Order of Release entered by the magistrate judge in the Western District of Pennsylvania is AFFIRMED. The Defendant will be released on bond with location monitoring and under the supervision of the Western District of Pennsylvania. Bond Status of Defendant: Personal Recognizance with location monitoring. Present via |

| | | |
|---|---|---|
| | | videoconference: Defense Attorney: Michael J. Engle; US Attorney: Elizabeth A. Aloi; Pretrial Officer: Christine Schuck. Court Reporter: Elizabeth Saint–Loth. (ztg) [1:21–mj–00197–GMH] (Entered: 02/11/2021) |
| 02/11/2021 | 9 | ORDER Setting Conditions of Release. Signed by Chief Judge Beryl A. Howell on 2/11/2021. (Attachments: # 1 Appearance Bond) (ztg) [1:21–mj–00197–GMH] (Entered: 02/11/2021) |
| 02/19/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE Lucy Sun appearing for USA. (Sun, Lucy) [1:21–mj–00197–GMH] (Entered: 02/19/2021) |
| 02/23/2021 | 11 | TRANSCRIPT OF PROCEEDINGS, in case as to RACHEL MARIE POWELL, before Chief Judge Beryl A. Howell, held on 2–11–2021. Page Numbers: 1 – 57. Date of Issuance: 2–23–2021. Court Reporter: Elizabeth Saint–Loth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/16/2021. Redacted Transcript Deadline set for 3/26/2021. Release of Transcript Restriction set for 5/24/2021.(Saint–Loth, Elizabeth) [1:21–mj–00197–GMH] (Entered: 02/23/2021) |
| 03/03/2021 | 12 | INDICTMENT as to RACHEL MARIE POWELL (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8. (bb) (Entered: 03/04/2021) |
| 03/04/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Engle appearing for RACHEL MARIE POWELL (Engle, Michael) (Entered: 03/04/2021) |
| 03/11/2021 | | MINUTE ORDER as to RACHEL MARIE POWELL: Arraignment set for 3/12/2021 at 02:30 PM before Judge Royce C. Lamberth. The hearing will proceed by videoconferencing for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website.Toll Free Number: 888–636–3807; Access Code: 6967853. Signed by Judge Royce C. Lamberth on 3/11/2021. (lcrcl3) (Entered: 03/11/2021) |
| 03/11/2021 | 15 | Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 03/11/2021) |
| 03/11/2021 | | NOTICE: The Court will hear oral argument on the government's Unopposed Motion 15 to Continue at the Arraignment set for 3/12/2021 at 2:30 PM. (lcrcl3) (Entered: 03/11/2021) |

| 03/11/2021 | 16 | MOTION to Exclude Time Under Speedy Trial Act by USA as to RACHEL MARIE POWELL. (See Docket Entry 15 to view document). (znmw) (Entered: 03/23/2021) |
|---|---|---|
| 03/12/2021 | | Minute Entry for video Arraignment held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 3/12/2021. Defendant arraigned and enters a Plea of Not Guilty on Counts 1–8 and waives the formal reading of the Indictment. Status Conference set for 5/7/2021 at 11:00 AM by VTC before Judge Royce C. Lamberth. Defendant to continue to adhere to the conditions of release previously set forth. Government's Unopposed Motion 15 is GRANTED. The Court finds it in the interest to toll the speedy trial clock from 3/12/2021 through 5/7/2021.Bond Status of Defendant: personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Michael J. Engle; US Attorney: Lucy Sun. (lsj) (Entered: 03/12/2021) |
| 03/31/2021 | 17 | Unopposed MOTION for Protective Order by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Sun, Lucy) (Entered: 03/31/2021) |
| 04/01/2021 | 18 | ORDER granting 17 Motion for Protective Order as to RACHEL MARIE POWELL. Signed by Judge Royce C. Lamberth on 4/1/2021. (lcrcl3) (Entered: 04/01/2021) |
| 04/16/2021 | 20 | ORDER as to RACHEL MARIE POWELL: Defendant shall show cause by 4/26/2021 why the Court should not revoke her pre–trial release, detain her pending trial, or hold her in contempt of court for her non–compliance with a Court ordered term of pre–trial release. Signed by Judge Royce C. Lamberth on 4/16/2021. (lcrcl3) (Entered: 04/16/2021) |
| 04/20/2021 | 21 | Unopposed MOTION for Disclosure *of 6(e) and Sealed Materials* by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Text of Proposed Order)(Sun, Lucy) (Entered: 04/20/2021) |
| 04/20/2021 | 22 | ORDER granting 21 Unopposed Motion for Disclosure as to RACHEL MARIE POWELL. Signed by Judge Royce C. Lamberth on 4/20/2021. (lcrcl3) (Entered: 04/20/2021) |
| 04/26/2021 | 24 | RESPONSE TO ORDER TO SHOW CAUSE by RACHEL MARIE POWELL as to RACHEL MARIE POWELL *(Defendant's Memorandum)* (Engle, Michael) (Entered: 04/26/2021) |
| 04/27/2021 | | MINUTE ORDER granting 23 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to RACHEL MARIE POWELL. Signed by Judge Royce C. Lamberth on 4/27/2021. (lcrcl3) (Entered: 04/27/2021) |
| 04/27/2021 | 25 | ORDER as to RACHEL MARIE POWELL. The Court's Order 20 to Show Cause is hereby DISCHARGED. Signed by Judge Royce C. Lamberth on 4/27/2021. (lcrcl3) (Entered: 04/27/2021) |
| 04/29/2021 | 27 | ENTERED IN ERROR.....NOTICE *of Filing* by RACHEL MARIE POWELL re 18 Order on Motion for Protective Order (Engle, Michael) Modified on 5/17/2021 (bb). (Entered: 04/29/2021) |
| 04/29/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to RACHEL MARIE POWELL re 27 Notice (Other) was entered in error and counsel was instructed to refile said pleading. This filing does not conform to the local rules. Please refile this document with the proper cover page. (bb) (Entered: 05/17/2021) |

| 05/03/2021 | 28 | Unopposed MOTION to Continue *Status Conference* by RACHEL MARIE POWELL. (Engle, Michael) (Entered: 05/03/2021) |
|---|---|---|
| 05/05/2021 | 29 | ORDER granting 28 Unopposed Motion to Continue as to RACHEL MARIE POWELL: Set/Reset Hearings as to RACHEL MARIE POWELL: The Status Conference set for 5/7/2021 at 11:00 AM is hereby VACATED. Status Conference reset for 5/12/2021 at 11:00 AM in Telephonic/VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 5/5/2021. (lcrcl3) (Entered: 05/05/2021) |
| 05/12/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 5/12/2021. Defendant's presence waived on the record by Counsel. Further Status Conference set for 7/12/2021 at 11:30 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 5/12/21 through 7/12/21. Bond Status of Defendant: personal recognizance; Court Reporter: Sara Wick; Defense Attorney: Michael Engle; US Attorney: Lucy Sun; Pretrial Officers: DaShanta Lewis–Valentine and Mara Williams (PA). (lsj) (Entered: 05/12/2021) |
| 07/12/2021 | 31 | STATUS REPORT *as to Discovery* by USA as to RACHEL MARIE POWELL (Attachments: # 1 Exhibit A)(Sun, Lucy) (Entered: 07/12/2021) |
| 07/12/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 7/12/2021. Further Status Conference set for 9/13/2021 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 7/12/2021 through 9/13/2021.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Michael J. Engle; US Attorney: Lucy Sun. (lsj) (Entered: 07/12/2021) |
| 09/10/2021 | 34 | STATUS REPORT *As To General Discovery* by USA as to RACHEL MARIE POWELL (Sun, Lucy) (Entered: 09/10/2021) |
| 09/13/2021 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 9/13/2021. Further Status Conference set for 11/15/2021 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 9/14/21 through 11/15/21.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Elizabeth Saint–Loth; Defense Attorney: Michael J. Engle; US Attorney: Lucy Sun. (lsj) (Entered: 09/14/2021) |
| 09/24/2021 | 37 | RESPONSE *the Government's Response to the Defendant's Motion to Modify Conditions of Pretrial Release* by USA as to RACHEL MARIE POWELL (Sun, Lucy) Modified event title on 10/5/2021 (znmw). (Entered: 09/24/2021) |
| 10/27/2021 | 39 | NOTICE *Regarding Status of General Discovery* by USA as to RACHEL MARIE POWELL (Sun, Lucy) (Entered: 10/27/2021) |
| 10/27/2021 | 40 | NOTICE *Regarding Prior Discovery Status Filing* by USA as to RACHEL MARIE POWELL (Attachments: # 1 Exhibit)(Sun, Lucy) (Entered: 10/27/2021) |
| 10/29/2021 | | MINUTE ORDER as to RACHEL MARIE POWELL: Status Conference set for 11/15/2021 at 11:00 AM in Telephonic/VTC before Judge Royce C. Lamberth. The original Status Conference set for 11/15/2021 at 10:00 AM is VACATED. Signed by Judge Royce C. Lamberth on 10/29/2021. (lcrcl3) Modified on 10/29/2021 (lsj). |

| | | (Entered: 10/29/2021) |
|---|---|---|
| 11/09/2021 | 41 | NOTICE *of the Government's Discovery Update* by USA as to RACHEL MARIE POWELL (Sun, Lucy) (Entered: 11/09/2021) |
| 11/15/2021 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Video Status Conference as to RACHEL MARIE POWELL (1) held on 11/15/2021. The Court will Toll Speedy Trial between November 12, 2021 and January 7, 2022. Excludable started as to RACHEL MARIE POWELL (1). Status Conference set for 1/7/2022 at 10:30 AM in Telephonic/VTC before Judge Royce C. Lamberth. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via video; Court Reporter: Nancy Myer; Defense Attorney: Michael Engle; US Attorney: Lucy Sun. (nbn) (Entered: 11/15/2021) |
| 01/07/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 1/7/2022. Further Status Conference set for 3/2/2022 at 1:30 PM by VTC before Judge Royce C. Lamberth. The Court finds in the interest of justice to toll the speedy trial clock from 1/7/2022 through 3/2/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Griffith; Defense Attorney: Michael J. Engle; US Attorney: Lucy Sun. (lsj) (Entered: 01/07/2022) |
| 01/27/2022 | | Set/Reset Hearings as to RACHEL MARIE POWELL (1): Status Hearing re Ascertainment of Counsel set for 1/31/2022 at 02:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zpt) (Entered: 01/28/2022) |
| 01/28/2022 | 45 | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 01/28/2022) |
| 01/31/2022 | | ORAL MOTION to Appoint Counsel by RACHEL MARIE POWELL (1). (zpt) (Entered: 01/31/2022) |
| 01/31/2022 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Status Hearing re Ascertainment of Counsel as to RACHEL MARIE POWELL (1) held on 1/31/2022. Oral Motion to Appoint Counsel by RACHEL MARIE POWELL (1) Heard and Granted. Defendant shall be appoint counsel from the CJA panel. Defendant shall make monthly payments to go towards the costs of Defense Counsel. Bond Status of Defendant: Defendant Remains on Personal Recognizance; Court Reporter: FTR–Gold FTR Time Frame: CTRM 6 [2:09:56–2:33:42]; Defense Attorney: Michael Engle and Shelli Peterson; US Attorney: Lucy Sun and Karen Rochlin; Pretrial Officer: John Copes; (zpt) (Entered: 01/31/2022) |
| 01/31/2022 | 46 | MOTION to Withdraw as Attorney by Michael J. Engle. by RACHEL MARIE POWELL. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Engle, Michael) (Entered: 01/31/2022) |
| 02/02/2022 | 47 | NOTICE OF ATTORNEY APPEARANCE: Steven Roy Kiersh appearing for RACHEL MARIE POWELL *Notice of appearance of counsel Steven R. Kiersh on behalf of Rachel Powell* (Kiersh, Steven) (Entered: 02/02/2022) |
| 02/03/2022 | 48 | CJA 7 as to RACHEL MARIE POWELL (1) – Order Authorizing Distribution of Available Private Funds. Signed by Magistrate Judge G. Michael Harvey on 2/3/2022. (zpt) (Entered: 02/03/2022) |
| 02/03/2022 | 49 | ORDER Granting 46 Motion to Withdraw as Attorney by Michael J. Engle as to RACHEL MARIE POWELL (1). Signed by Magistrate Judge G. Michael Harvey on |

| | | |
|---|---|---|
| | | 2/3/2022. (zpt) (Entered: 02/03/2022) |
| 02/03/2022 | 50 | ORDER APPOINTING COUNSEL as to RACHEL MARIE POWELL (1). Signed by Magistrate Judge G. Michael Harvey on 2/3/2022. (zpt) (Entered: 02/03/2022) |
| 02/10/2022 | 51 | UNITED STATES MEMORANDUM *Regarding Status of Discovery As Of February 9, 2022* by USA as to RACHEL MARIE POWELL (Rochlin, Karen) Modified text on 2/16/2022 (zstd). (Entered: 02/10/2022) |
| 02/13/2022 | 52 | Consent MOTION to Continue Schedule Status Hearing Date by RACHEL MARIE POWELL. (Kiersh, Steven) Modified text on 2/16/2022 (zstd). (Entered: 02/13/2022) |
| 02/16/2022 | 53 | ORDER granting 52 Motion to Continue as to RACHEL MARIE POWELL. Status Conference reset for 3/18/2022 at 02:00 PM in Telephonic/VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 2/16/2022. (lcrcl3) (Entered: 02/16/2022) |
| 03/03/2022 | 54 | MOTION *for Modification of Conditions of Pretrial Release* by RACHEL MARIE POWELL. (Kiersh, Steven) Modified event title and text on 3/4/2022 (zstd). (Entered: 03/03/2022) |
| 03/12/2022 | 55 | RESPONSE by USA as to RACHEL MARIE POWELL re 54 MOTION to Modify Conditions of Release (Rochlin, Karen) (Entered: 03/12/2022) |
| 03/15/2022 | 56 | ORDER granting 54 Motion to Modify Conditions of Release as to RACHEL MARIE POWELL (1). Signed by Judge Royce C. Lamberth on 3/15/2022. (lcrcl3) (Entered: 03/15/2022) |
| 03/18/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 3/18/2022. Further Status Conference set for 7/7/2022 at 9:30 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock for forty–five days. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Sara Wick; Defense Attorney: Steven Roy Kiersh; US Attorney: Karen E. Rochlin. (lsj) (Entered: 03/18/2022) |
| 03/22/2022 | 58 | ORDER as to RACHEL MARIE POWELL. Defendant will file her motion to dismiss within thirty (30) days of this Order. The government will file any opposition within thirty (30) days thereafter. Defendant will reply within fourteen (14) days. See Order for more details. Signed by Judge Royce C. Lamberth on 3/21/2022. (lcrcl3) (Entered: 03/22/2022) |
| 04/19/2022 | 59 | Consent MOTION for Extension of Time to *Consent Motion for a Two–Week Modification of the Scheduling Order* by RACHEL MARIE POWELL. (Kiersh, Steven) (Entered: 04/19/2022) |
| 04/21/2022 | 60 | MOTION to Dismiss *Count 1 of the Indictment* by RACHEL MARIE POWELL. (Kiersh, Steven) Modified event title on 4/22/2022 (zstd). (Entered: 04/21/2022) |
| 04/25/2022 | 61 | ORDER granting 59 Motion for Extension of Time as to RACHEL MARIE POWELL. See Order for more details. Signed by Judge Royce C. Lamberth on 4/25/2022. (lcrcl3) (Entered: 04/25/2022) |
| 04/26/2022 | | Set/Reset Deadlines as to RACHEL MARIE POWELL: Motion due by 5/6/2022. Response due by 6/6/2022 Reply due by 6/20/2022. (zacr) (Entered: 04/26/2022) |
| 05/02/2022 | 62 | |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE: Nicholas D. Smith appearing for RACHEL MARIE POWELL (Smith, Nicholas) (Entered: 05/02/2022) |
| 05/03/2022 | 63 | MOTION to Withdraw as Counsel by Steven R. Kiersh as to RACHEL MARIE POWELL. (Kiersh, Steven) Modified text on 5/3/2022 (zstd). (Entered: 05/03/2022) |
| 05/05/2022 | 64 | Amended MOTION to Dismiss Count *One of the Indictment* by RACHEL MARIE POWELL. (Smith, Nicholas) (Entered: 05/05/2022) |
| 05/09/2022 | 65 | NOTICE *of Exhibits attaching Legislative History Regarding the Term "Official Proceeding" in Sections 1512 and 1515* by RACHEL MARIE POWELL re 64 Amended MOTION to Dismiss Count *One of the Indictment* (Attachments: # 1 Exhibit 1 – Report of the Committee on the Judiciary, United States Senate, to accompany S. 2420 of The Omnibus Victims Protection Act of 1982, # 2 Exhibit 2 – the Congressional Record of the 97th Congress, Second Session, Friday, October 1, 1982)(Smith, Nicholas) (Entered: 05/09/2022) |
| 05/11/2022 | 66 | ORDER granting 63 Motion to Withdraw as Attorney. Steven Roy Kiersh withdrawn from case as to RACHEL MARIE POWELL (1). Signed by Judge Royce C. Lamberth on 5/11/2022. (lcrcl3) (Entered: 05/11/2022) |
| 05/23/2022 | 67 | MOTION to Modify Conditions of Release by RACHEL MARIE POWELL. (Smith, Nicholas) (Entered: 05/23/2022) |
| 05/26/2022 | 68 | NOTICE *of Request for Oral Argument in light of Bingert Decision* by RACHEL MARIE POWELL re 64 Amended MOTION to Dismiss Count *One of the Indictment* (Smith, Nicholas) (Entered: 05/26/2022) |
| 06/06/2022 | 69 | Memorandum in Opposition by USA as to RACHEL MARIE POWELL re 67 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit Transcript of WDPA Hearing)(Rochlin, Karen) (Entered: 06/06/2022) |
| 06/06/2022 | 70 | Memorandum in Opposition by USA as to RACHEL MARIE POWELL re 64 Amended MOTION to Dismiss Count *One of the Indictment*, 60 MOTION to Dismiss Count (Rochlin, Karen) (Entered: 06/06/2022) |
| 06/12/2022 | 71 | REPLY TO OPPOSITION to Motion by RACHEL MARIE POWELL re 67 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit 1)(Smith, Nicholas) (Entered: 06/12/2022) |
| 07/07/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 7/7/2022. Defendant's Motion 67 to Modify the Conditions of Release, argued and DENIED for reasons stated on the record. Further Status Conference set for 9/12/2022 at 10:00 AM by VTC before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 7/7/2022 through 9/12/2022.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Bryan Wayne; Defense Attorney: Nicholas D. Smith; US Attorney: Karen E. Rochlin. (lsj) (Entered: 07/07/2022) |
| 07/08/2022 | 73 | ORDER denying 64 Motion to Dismiss Count One as to RACHEL MARIE POWELL. Signed by Judge Royce C. Lamberth on 07/08/2022. (lcrcl3) (Entered: 07/08/2022) |
| 09/09/2022 | | MINUTE ORDER as to RACHEL MARIE POWELL: The Status Conference set for 9/12/2022 is hereby VACATED. The Courtroom Deputy will email the parties about a future hearing date. SO ORDERED by Judge Royce C. Lamberth on 9/9/2022. (lsj) |

| | | (Entered: 09/09/2022) |
|---|---|---|
| 09/14/2022 | 76 | MOTION to Modify Conditions of Release by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Exhibit Exhibit A–Job Description Letter, # 2 Text of Proposed Order)(Rochlin, Karen) (Entered: 09/14/2022) |
| 09/15/2022 | | MINUTE ORDER as to RACHEL MARIE POWELL: Status Conference set for 9/20/2022 at 2:00 PM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 9/15/2022. (lsj) (Entered: 09/15/2022) |
| 09/20/2022 | | Minute Entry for Status Conference as to RACHEL MARIE POWELL held on 9/20/2022 before Judge Royce C. Lamberth. Jury Trial set for 11/15/2022 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. Bond Status of Defendant: Personal Recognizance; Court Reporter: Tim Miller; Defense Attorney: Nicholas Smith; US Attorney: Lucy Sun and Karen Rochlin. (zjch, ) (Entered: 09/20/2022) |
| 09/20/2022 | 77 | NOTICE *of Counsel's Availability for Trial* by RACHEL MARIE POWELL (Smith, Nicholas) (Entered: 09/20/2022) |
| 09/21/2022 | 78 | ORDER granting Motion 76 to Modify Conditions of Release: It is hereby ORDERED that the motion is GRANTED. Defendant is ORDERED to provide her PreTrial Services officer with a list of locations she must travel for her employment within five days of this Order. Defendant's conditions of release shall be enforced through the addition of GPS monitoring to her conditions of release, at her own expense to the extent she is able to pay. See Order for details. Signed by Judge Royce C. Lamberth on 09/20/2022. (lcrcl3) (Entered: 09/21/2022) |
| 09/26/2022 | 79 | Second MOTION to Modify Conditions of Release by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Text of Proposed Order Proposed Order)(Sun, Lucy) (Entered: 09/26/2022) |
| 09/27/2022 | 80 | ORDER granting Motion 79 to Modify Conditions of Release: It is hereby ORDERED that the motion is GRANTED. Defendant's conditions of release shall be modified to at–home confinement, and she shall continue to submit to location monitoring, at her own expense if she is able to pay. See Order for details. Signed by Judge Royce C. Lamberth on 09/27/2022. (lcrcl3) (Entered: 09/27/2022) |
| 10/13/2022 | 81 | Unopposed MOTION to Strike *Portions of the Indictment* by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Exhibit Exhibit A: Declaration of USCP Sgt. James, # 2 Exhibit Exhibit A–1: Restricted Perimeter, # 3 Exhibit Exhibit B: Declaration of Jason Jolly)(Rochlin, Karen) (Entered: 10/13/2022) |
| 10/17/2022 | 82 | MOTION for Hearing by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 10/17/2022) |
| 10/17/2022 | 83 | RESPONSE by RACHEL MARIE POWELL re 82 MOTION for Hearing (Smith, Nicholas) (Entered: 10/17/2022) |
| 10/18/2022 | 84 | REPLY TO OPPOSITION to Motion by USA as to RACHEL MARIE POWELL re 82 MOTION for Hearing *for a Status Conference* (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: 10/18/2022) |
| 10/19/2022 | | MINUTE ORDER granting Motion 82 for Hearing: It is hereby ORDERED that the motion is GRANTED, and a status conference is set for 10/21/2022 at 12:30 p.m. by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on |

| | | |
|---|---|---|
| | | 10/19/2022. (lcrcl3) (Entered: 10/19/2022) |
| 10/19/2022 | | Set/Reset Hearings as to RACHEL MARIE POWELL: Status Conference set for 10/21/2022 at 12:30 PM in Telephonic/VTC before Judge Royce C. Lamberth. (lcrcl3) (Entered: 10/19/2022) |
| 10/21/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 10/21/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Nicholas D. Smith; US Attorneys: Karen E. Rochlin and Lucy Sun. (lsj) (Entered: 10/21/2022) |
| 10/24/2022 | 86 | ORDER granting 85 Sealed Motion (This document is SEALED and only available to authorized persons.); Set/Reset Hearings: It is hereby ORDERED that the motion is GRANTED, the trial date previously set for 11/15/2022 is VACATED, and a status conference is set for 11/30/2022 at 11:00 AM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 10/24/2022. (lcrcl3) (Entered: 10/24/2022) |
| 11/30/2022 | | Minute Entry for video Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 11/30/2022. Jury Trial to commence 2/21/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 11/30/2022 through 2/21/2023.Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Nicholas D. Smith; US Attorneys: Karen E. Rochlin and Lucy Sun. (lsj) (Entered: 11/30/2022) |
| 12/09/2022 | | MINUTE ORDER granting 88 Sealed Motion (This document is SEALED and only available to authorized persons.): It is hereby ORDERED that the motion is GRANTED. Defendant may travel to Virginia between 12/15/2022 and 12/16/2022 for the purposes described in the motion, provided that she must keep in touch with Pretrial Services concerning her travel. Signed by Judge Royce C. Lamberth on 12/09/2022. (lcrcl3) (Entered: 12/09/2022) |
| 01/26/2023 | | MINUTE ORDER: It is hereby ORDERED that a status conference is set for 02/02/2023 at 10:00 AM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 01/26/2023. (lcrcl3) (Entered: 01/26/2023) |
| 01/30/2023 | 89 | MOTION to Continue *Status Conference One Day* by RACHEL MARIE POWELL. (Smith, Nicholas) (Entered: 01/30/2023) |
| 01/31/2023 | | MINUTE ORDER granting Motion 89 to Continue: It is hereby ORDERED that the motion is GRANTED and the Status Conference previously set for 02/02/2023 is reset for 02/03/2023 at 2:00 PM by VTC before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 01/31/2023. (lcrcl3) (Entered: 01/31/2023) |
| 02/03/2023 | | Minute Entry for via Status Conference held before Judge Royce C. Lamberth as to RACHEL MARIE POWELL on 2/3/2023. Further Status Conference (possible plea) set for 2/10/2023 at 1:30 PM in Courtroom 27A (in person) before Judge Royce C. Lamberth. The Court finds it in the interest of justice to toll the speedy trial clock from 2/3/2023 through 2/10/2023. Bond Status of Defendant: remains on personal recognizance; Court Reporter: Lisa Moreira; Defense Attorney: Nicholas D. Smith (via telephone); US Attorney: Karen E. Rochlin and Lucy Sun. (lsj) (Entered: 02/03/2023) |
| 02/08/2023 | | |

| | | |
|---|---|---|
| | | NOTICE OF COURTROOM CHANGE in case as to RACHEL MARIE POWELL: Status Conference set for 2/10/2023 at 1:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 02/08/2023) |
| 02/09/2023 | | NOTICE OF COURTROOM CHANGE in case as to RACHEL MARIE POWELL: Status Conference set for 2/10/2023 at 1:30 PM via Zoom before Judge Royce C. Lamberth. (smc) (Entered: 02/09/2023) |
| 02/10/2023 | | Minute Entry for proceedings held before Judge Royce C. Lamberth:Status Conference as to RACHEL MARIE POWELL held on 2/10/2023. Parties Updated The Court In Regards To The Current Posture Of This Matter And Request Jury Trial. Jury Selection/Trial set for 5/8/2023 at 10:00 AM in Courtroom 15– In Person before Judge Royce C. Lamberth. Pre–Trial Motions due by 3/15/2023. The Filing Of Pre–Trial Motions Will Toll Speedy Trial Time. Bond Status of Defendant: APPEARED VIA VIDEO (ZOOM) REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: CHERYL POWELL; Defense Attorney: NICHOLAS SMITH; US Attorney: KAREN ROCHLIN; (mac) (Entered: 02/10/2023) |
| 02/24/2023 | 90 | MOTION in Limine *to Preclude Improper Defense Arguments* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 02/24/2023) |
| 02/27/2023 | 91 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Dreher, Adam Michael added. (Dreher, Adam) (Entered: 02/27/2023) |
| 03/15/2023 | 92 | Unopposed MOTION for Extension of Time to *File Pretrial Motions to March 29, 2023* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 03/15/2023) |
| 03/15/2023 | 93 | MOTION in Limine *Regarding Evidence about Locations of the U.S. Capital Police Surveillance Cameras* by USA as to RACHEL MARIE POWELL. (Attachments: # 1 Exhibit 1)(Sun, Lucy) (Entered: 03/15/2023) |
| 03/15/2023 | 94 | MOTION in Limine *Regarding Cross Examination of U.S. Secret Service Witness* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 03/15/2023) |
| 03/15/2023 | 95 | MOTION in Limine *to Introduce Evidence Pursuant to FRE 803(6) and 902(11)* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 03/15/2023) |
| 03/16/2023 | | MINUTE ORDER as to RACHEL MARIE POWELL (1) granting Motion 92 for Extension of Time: It is hereby ORDERED that the motion is GRANTED and the parties shall file their pretrial motions by 03/29/2023. Signed by Judge Royce C. Lamberth on 03/16/2023. (lcrcl3) Modified on 3/17/2023 (zsmc). (Entered: 03/16/2023) |
| 03/16/2023 | | Set/Reset Deadlines as to RACHEL MARIE POWELL: Motions due by 3/29/2023. (zjch, ) (Entered: 03/16/2023) |
| 03/29/2023 | 96 | MOTION in Limine *Regarding Authentication of Videos* by USA as to RACHEL MARIE POWELL. (Sun, Lucy) (Entered: 03/29/2023) |
| 04/05/2023 | 97 | SUPERSEDING INDICTMENT as to RACHEL MARIE POWELL (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s. (zstd) (Entered: 04/06/2023) |
| 04/06/2023 | | MINUTE ORDER as to RACHEL MARIE POWELL: It is hereby ORDERED that an arraignment on the Superseding Indictment 97 is set for 4/18/2023 at 2:30 PM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 04/06/2023. (lcrcl3) (Entered: 04/06/2023) |

| 04/17/2023 | | NOTICE OF HEARING as to RACHEL MARIE POWELL: The Arraignment currently set for 4/18/2023 is VACATED and rescheduled for 4/20/2023 at 1:00 PM via zoom before Judge Royce C. Lamberth. (smc) (Entered: 04/17/2023) |
|---|---|---|
| 04/20/2023 | | Minute Entry for Video Arraignment held on 4/20/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: Defendant arraigned and enters a Plea of Not Guilty as to Counts 1–9 of the Superseding Indictment. Pretrial Conference set for 5/3/2023 at 4:00 PM in Courtroom 15 (subject to conversion to VTC if Defendant waives in–person appearance) before Judge Royce C. Lamberth. All oppositions to motions due prior to Pretrial Conference. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorney: Lucy Sun. Defense Attorney: Nicholas Smith. Court Reporter: Lorraine Herman. (smc) (Entered: 04/20/2023) |
| 05/03/2023 | | NOTICE OF HEARING as to RACHEL MARIE POWELL: The Pretrial Conference set for today (5/3/2023) at 4pm is CONVERTED to a Status Conference via Zoom before Judge Royce C. Lamberth. (smc) (Entered: 05/03/2023) |
| 05/03/2023 | | Minute Entry for Video Status Conference held on 5/3/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: The Court accepts Defendant's waiver of jury trial and converts the Jury Trial set for 5/8/2023 into a Bench Trial. Bench Trial set for 5/8/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorneys: Adam Dreher and Lucy Sun. Defense Attorney: Nicholas Smith. Court Reporter: Tammy Nestor. (smc) (Entered: 05/04/2023) |
| 05/04/2023 | 99 | WAIVER of Trial by Jury as to RACHEL MARIE POWELL. Approved by Judge Royce C. Lamberth on 5/3/2023. (smc) (Entered: 05/04/2023) |
| 05/05/2023 | 101 | MOTION to Continue *Trial* by RACHEL MARIE POWELL. (Smith, Nicholas) (Entered: 05/05/2023) |
| 05/05/2023 | | MINUTE ORDER as to RACHEL MARIE POWELL granting Motion 101 to Continue: It is hereby ORDERED that the motion is GRANTED and the bench trial previously set for 5/08/2023 is reset for 5/09/2023 at 10:00 AM in Courtroom 15 (in person) before Judge Royce C. Lamberth. Signed by Judge Royce C. Lamberth on 05/05/2023. (lcrcl3) Modified on 5/5/2023 (zsmc). (Entered: 05/05/2023) |
| 05/09/2023 | | Set/Reset Hearings as to RACHEL MARIE POWELL: Bench Trial set for 5/10/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 05/09/2023) |
| 05/09/2023 | | Minute Entry for Bench Trial held on 5/9/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: Government advised the Court they will be pursuing misdemeanor destruction instead of felony destruction as to Count 3s. Bench Trial continued to 5/10/2023 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: Continued on Personal Recognizance. US Attorneys: Adam Dreher and Lucy Sun. Defense Attorney: Nicholas Smith. Government Witnesses: Neysha Mendoza, William Bogner, Jason McIntyre and Thomas Jordan. Court Reporter: Stacy Heavenridge. (smc) (Entered: 05/10/2023) |
| 05/10/2023 | 102 | NOTICE *of Not–Guilty Verdict on Section 1512(c)(2) charge in US v. Joshua Black, 21–cr–127* by RACHEL MARIE POWELL (Attachments: # 1 Exhibit 1 – Black Verdict)(Smith, Nicholas) (Entered: 05/10/2023) |

| 05/10/2023 | | Minute Entry for Bench Trial held on 5/10/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: Government formally rested case in chief. Oral Motion by Defendant for Rule 29, heard and DENIED, for reasons stated on the record. Defense formally rested. Proposed Findings of Facts due in two (2) weeks. Bond Status of Defendant: Continued on Personal Recognizance Bond. US Attorneys: Adam Dreher and Lucy Sun. Defense Attorney: Nicholas Smith. Government Witness: Thomas Jordan. Court Reporter: Stacy Heavenridge. (smc) (Entered: 05/10/2023) |
|---|---|---|
| 05/10/2023 | 103 | GOVERNMENT'S FINAL EXHIBIT LIST by USA as to RACHEL MARIE POWELL. (smc) (Entered: 05/10/2023) |
| 05/24/2023 | 104 | NOTICE *of Government's Proposed Findings of Fact and Conclusions of Law* by USA as to RACHEL MARIE POWELL (Sun, Lucy) (Entered: 05/24/2023) |
| 05/24/2023 | 105 | Response re 104 Government's Proposed Findings of Fact and Conclusions of Law by RACHEL MARIE POWELL (Smith, Nicholas) Modified to add link on 5/25/2023 (zstd). (Entered: 05/24/2023) |
| 05/25/2023 | 106 | RESPONSE by USA as to RACHEL MARIE POWELL re 105 REQUEST FOR SPECIAL FINDINGS OF FACT and Response to the Government's Proposed Findings of Fact and Conclusions of Law (Sun, Lucy) Modified on 5/25/2023 (zstd). (Entered: 05/25/2023) |
| 06/26/2023 | | NOTICE OF HEARING as to RACHEL MARIE POWELL: Bench Trial (Verdict) set for 7/18/2023 at 11:30 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 06/26/2023) |
| 07/03/2023 | 107 | MOTION to Travel *to Court One Day Before the Verdict Hearing* by RACHEL MARIE POWELL. (Smith, Nicholas) (Entered: 07/03/2023) |
| 07/12/2023 | 108 | ORDER as to RACHEL MARIE POWELL: It is hereby ORDERED that the motion is GRANTED and that defendant's conditions of release are MODIFIED to allow her to travel to Washington, D.C. on the morning of 07/17/2023 and return home to Pennsylvania on the morning of 07/19/2023, assuming she is not taken into custody. Signed by Judge Royce C. Lamberth on 07/12/2023. (lcrcl3) Modified on 7/12/2023 (zsmc). (Entered: 07/12/2023) |
| 07/18/2023 | | Minute Entry for Bench Trial held on 7/18/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: Directed verdicts of Guilty on counts 1s, 2s, 3s (Lesser Included Offense), 4s, 5s, 6s, 7s, 8s and 9s of the 97 Superseding Indictment. Oral Motion by Government for Defendant's remand, heard and DENIED. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to RACHEL MARIE POWELL. Sentencing set for 10/17/2023 at 12:30 PM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. Bond Status of Defendant: remains on Personal Recognizance. US Attorneys: Adam Dreher and Lucy Sun. Defense Attorney: Nicholas Smith. Court Reporter: William Zaremba. (smc) Modified to include counts on 7/19/2023 (zsmc). (Entered: 07/18/2023) |
| 07/18/2023 | 110 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Royce C. Lamberth on 7/18/2023. (smc) (Entered: 07/18/2023) |
| 09/28/2023 | 112 | MOTION to Travel to the District One Day Before Sentencing Hearing by RACHEL MARIE POWELL. (Smith, Nicholas) Modified event type and text on 9/28/2023 (zstd). (Entered: 09/28/2023) |

| 10/03/2023 | 113 | LETTER IN SUPPORT OF SENTENCING as to RACHEL MARIE POWELL. "Let this be filed" by Royce C. Lamberth U.S.D.J. on 10/3/2023 (zstd) (Entered: 10/03/2023) |
|---|---|---|
| 10/06/2023 | 116 | ORDER granting Motion 112 to Travel as to RACHEL MARIE POWELL (1). See Order for details. Signed by Judge Royce C. Lamberth on 10/06/2023. (lcrcl3) (Entered: 10/06/2023) |
| 10/11/2023 | 119 | SENTENCING MEMORANDUM by RACHEL MARIE POWELL (Attachments: # 1 Exhibit 2– Sentencing Letters)(Smith, Nicholas) (Entered: 10/11/2023) |
| 10/11/2023 | 121 | SENTENCING MEMORANDUM by USA as to RACHEL MARIE POWELL (Attachments: # 1 Exhibit 1)(Sun, Lucy) (Entered: 10/11/2023) |
| 10/17/2023 |  | Minute Entry for Sentencing held on 10/17/2023 before Judge Royce C. Lamberth as to RACHEL MARIE POWELL: It is the judgment of the Court that the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of Fifty–Seven (57) months on each of Counts 1s, 2s, 4s, 5s and 6s; a term of Twelve (12) months on Count 3s; and a term of Six (6) months on each of Counts 7s, 8s and 9s, with all terms to run concurrently. The Defendant is further sentenced to serve a Thirty–Six (36) month term of supervised release as to each of Counts 1s, 2s, 4s, 5s and 6s; and a term of Twelve (12) months on Count 3s, with all terms to run concurrently. In addition, the defendant is ordered to pay restitution in the amount of $2,753, a fine in the amount of $5,000 and a special assessment in the amount of $100 for each of Counts 1s, 2s, 4s, 5s and 6s, $25 for Count 3s and $10 for each of Counts 7s, 8s and 9s, for a total of $555. Government's Oral Motion to remand the Defendant, heard and DENIED. Defendant permitted to self–surrender after 1/5/2024. Bond Status of Defendant: remains on Personal Recognizance and permitted to self–surrender. US Attorney: Lucy Sun. Defense Attorney: Nicholas Smith. Probation Officer: Robert Walters. Court Reporter: Bryan Wayne. (smc) (Entered: 10/17/2023) |
| 11/02/2023 | 122 | JUDGMENT as to RACHEL MARIE POWELL. Statement of Reasons Not Included. Signed by Judge Royce C. Lamberth on 11/2/2023. (zstd) (Entered: 11/06/2023) |
| 11/02/2023 | 123 | STATEMENT OF REASONS as to RACHEL MARIE POWELL re 122 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Royce C. Lamberth on 11/2/2023. (zstd) (Entered: 11/06/2023) |
| 11/13/2023 | 124 | NOTICE OF APPEAL – Final Judgment by RACHEL MARIE POWELL Fee Status: No Fee Paid. Parties have been notified. (Smith, Nicholas) (Main Document 124 replaced on 11/14/2023) (zstd). (Entered: 11/13/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
              vs.                 )        Criminal No.  21cr179
                                  )
  Rachel Powell                   )

## NOTICE OF APPEAL

Name and address of appellant:          Rachel Powell

                                        ███████████████████████

Name and address of appellant's attorney:   Nicholas Smith
                                             1123 Broadway, Suite 909
                                             New York, NY 10010

Offense:   Section 1512(c)(2)

Concise statement of judgment or order, giving date, and any sentence:

   Judgment entered on 11/2/23, sentence of 57 months' incarceration.

Name and institution where now confined, if not on bail:   N/A

          I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

  11/13/23                              /s/ Rachel Powell
_____        _____
  DATE                             APPELLANT   /s/ Nicholas Smith
                                 _____
                                   ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [  ]
CJA, NO FEE             [  ]
PAID USDC FEE           [  ]
PAID USCA FEE           [  ]
Does counsel wish to appear on appeal?                        YES [  ]    NO [  ]
Has counsel ordered transcripts?                             YES [  ]    NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]    NO [  ]

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RACHEL MARIE POWELL | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 21cr179 (RCL)<br>USM Number: 28873-509<br><br>Nicholas Smith<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☑ was found guilty on count(s)   1s, 2s, 3s (lesser included), 4s, 5s, 6s, 7s, 8s and 9s of the Superseding Indictment filed on 4/5/2023
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 1s |
| 18 USC § 1512(c)(2)and2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 2s |
| 18 USC § 1361 | Destruction of Government Property [lesser included] | 1/6/2021 | 3s |

   The defendant is sentenced as provided in pages 2 through   8   of this judgment. The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/17/2023
Date of Imposition of Judgment

_Royce C. Lamberth_
Signature of Judge

Royce C. Lamberth, United States District Court Judge
Name and Title of Judge

11/2/23
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

| | Judgment—Page | 2 | of | 8 |

DEFENDANT: RACHEL MARIE POWELL
CASE NUMBER: 21cr179 (RCL)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 4s |
| 18 USC §§ 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 5s |
| 18 USC § 1752(a)(4) and (b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Dangerous Weapon | 1/6/2021 | 6s |
| 40 USC § 5104(e)(2)(D) 40 USC § 5109(b) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 7s |
| 40 USC § 5104(e)(2)(F) 40 USC § 5109(b) | Act of Physical Violence in the Capitol Grounds or Buildings | 1/6/2021 | 8s |
| 40 USC § 5104(e)(2)(G) 40 USC § 5109(b) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 9s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT:   RACHEL MARIE POWELL
CASE NUMBER:   21cr179 (RCL)

## IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Fifty-Seven (57) months as to Count 1s, Fifty-Seven (57) months as to each Counts 2s, 4s, 5s, and 6s, Twelve (12) months as to Count 3s, and Six (6) months as to Counts 7s, 8s, and 9s, with all counts to be served concurrently for a total of Fifty-Seven (57) months.

☐  The court makes the following recommendations to the Bureau of Prisons:

 

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

     ☐  at _____ ☐ a.m.  ☐ p.m.  on _____.

     ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. on _____.

     ☐  as notified by the United States Marshal.

     ☒  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

 

 

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   RACHEL MARIE POWELL
CASE NUMBER:   21cr179 (RCL)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-Six (36) month term of supervised release as to Counts 1s, 2s, 4s, 5s, & 6s and a Twelve (12) term of supervised release as to Count 3s, with all Counts to be served concurrently for a total of Thirty-Six (36) months.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
         ☐ The above drug testing condition is suspended, based on the court's determination that you
             pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

| | | | Judgment—Page | 5 | of | 8 |

DEFENDANT:  RACHEL MARIE POWELL
CASE NUMBER:  21cr179 (RCL)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3D — Supervised Release

Judgment—Page ___6___ of ___8___

DEFENDANT: RACHEL MARIE POWELL
CASE NUMBER: 21cr179 (RCL)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: RACHEL MARIE POWELL
CASE NUMBER: 21cr179 (RCL)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 555.00 | $ 2,753.00 | $ 5,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim: | | | |
| Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building, Room H2-205B Washington, DC 20515 | | $2,753.00 | |
| **TOTALS** | $ 0.00 | $ 2,753.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT:  RACHEL MARIE POWELL
CASE NUMBER:  21cr179 (RCL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __8,308.00__ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance with  ☐ C,   ☐ D,   ☐ E, or  ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

      The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
      Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
      of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.