UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RACHEL MARIE POWELL,

    *Defendant.*

Case No. 1:21-cr-179-RCL

## ORDER

It is hereby **ORDERED** that Defendant Rachel Marie Powell be permitted to self-surrender after January 5, 2024.

**IT IS SO ORDERED.**

Date: 11/21/23

Royce C. Lamberth
United States District Judge