Subject: Activity in Case 1:21-cr-00179-RCL USA v. POWELL USCA Appeal Fees

Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 11/28/2023 at 9:51 AM EDT and filed on 11/27/2023
**Case Name:**     USA v. POWELL
**Case Number:**   1:21-cr-00179-RCL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**USCA Appeal Fees received $ 505, receipt number 206039 as to RACHEL MARIE POWELL re [124] Notice of Appeal - Final Judgment (zstd)**


**1:21-cr-00179-RCL-1 Notice has been electronically mailed to:**

Steven Roy Kiersh (Terminated)     skiersh@aol.com

Nicholas D. Smith     nds@davidbsmithpllc.com

Lucy Sun     lucy.sun@usdoj.gov

Adam Michael Dreher     adam.dreher@usdoj.gov, USADC.ECFCSS@usdoj.gov

**1:21-cr-00179-RCL-1 Notice will be delivered by other means to::**