# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Case No. 1:21-cr-179-RCL ) ) |
| RACHEL POWELL, | ) ) ) |
| Defendant. | ) ) |

**POWELL'S MOTION FOR AN ORDER VACATING HER § 1512(c) CONVICTION**

On October 28, 2024, the court of appeals ordered that Defendant Powell's conviction under 18 U.S.C. § 1512(c) be vacated and the mandate was returned to the Court. ECF No. 129. Powell respectfully requests that the Court enter an order vacating Powell's conviction.

Dated: Nov. 13, 2024                Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith
1123 Broadway, Ste. 909
New York, NY 10010
Phone: (917) 902-3869

*Counsel for Rachel Powell*

1

## Certificate of Service

I hereby certify that on the 13th day of November, 2024, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, and counsel of record were served by electronic means.

> */s/ Nicholas D. Smith*
> Nicholas D. Smith
> 1123 Broadway, Ste. 909
> New York, NY 10010
> Phone: (917) 902-3869