UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RACHEL MARIE POWELL,

*Defendant.*

Case No. 1:21-cr-179-RCL

## ORDER

On October 28, 2024, the U.S. Court of Appeals for the District of Columbia ordered that Defendant Rachel Powell's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated. Mandate of USCA, ECF No. 129. On November 13, Ms. Powell filed a motion for this Court to order vacatur of her § 1512(c) conviction. Motion for Order, ECF No. 130. The government filed a response on November 19, stating that the government "does not object to the defendant's request." Resp. by USA, ECF No. 131. However, the Court of Appeals mandate already had the effect of vacating Ms. Powell's conviction, and all that remains for this Court on remand is to conduct "further proceedings" as appropriate. This is the most natural reading of the Mandate because the statement concerning vacatur comes *before* the language remanding the case for further proceedings. If the Court of Appeals intended for this Court to separately vacate Ms. Powell's § 1512 conviction, the Mandate would instead call for the case to be remanded for vacatur of the conviction and for such further proceedings as this Court deems suitable.[1]

---

[1] This Court has already dealt with an identical mandate from the D.C. Circuit and has interpreted this language as explained *supra*. *See* Memorandum Opinion, *United States v. Kelly*, No. 21-cr-00708-RCL (D.D.C. Nov. 25, 2024), ECF No. 160.

1

The parties dispute whether resentencing is necessary given the vacatur. Ms. Powell argues that without her § 1512(c) conviction, her offense level under the sentencing guidelines decreases to only 10, rendering a guideline sentence of 6–12 months incarceration. *See* Defs.' Response, ECF No. 132, at 1. The government argues that Ms. Powell's conduct justifies the 57-month sentence that this Court imposed, but the government does not include an updated guidelines calculation. *See generally* Resp. by USA. To date, Ms. Powell has been incarcerated for just over 11 months.

It is hereby

**ORDERED** that Ms. Powell's Motion for Order Vacating § 1512(c) Conviction [ECF No. 130] be **DENIED** as moot, as her conviction is already vacated; and it is further

**ORDERED** that within seven (7) days of this Order, the government shall submit an updated sentencing memorandum, with a recalculation of the sentencing guidelines to account for the vacatur of Ms. Powell's § 1512(c) conviction; and it is further

**ORDERED** that within seven (7) days of this Order, the parties shall submit proposed dates for a resentencing hearing, to occur before January 5, 2025—the 12-month mark of Ms. Powell's incarceration.

**IT IS SO ORDERED.**

Date: 12-10-24

Royce C. Lamberth
United States District Judge