**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-179-RCL |
|  | ) |
|  | ) |
| RACHEL POWELL, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**RACHEL POWELL'S PROPOSED DATES FOR RESENTENCING**

Rachel Powell, by counsel, proposes the following dates for resentencing: December 18, 19, or 20.  Counsel for the government has indicated that he is available on those dates with these exceptions: on December 19, government counsel has a hearing at 10 a.m. and another at 4 p.m.

Government counsel notes that the Marshals cannot transport Powell from FCI Hazelton to the courthouse "instantaneously" and thus the resentencing may unfortunately have to occur after Christmas.  While Powell's counsel bows to the unavailability of teleportation, he points out that FCI Hazelton is located in Bruceton Mills, West Virginia, which is a 3.5-hour drive from the courthouse on I-70 W.  Counsel believes that the Marshals can make that commute on more than 7 days of notice without undue logistical complication.  If the proposed dates do not suit the Court, Powell's counsel is also available on, and proposes, December 23 or 24.

Dated: December 11, 2024

Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

1

*Attorney for Rachel Powell*

**<u>Certificate of Service</u>**

I hereby certify that on the 11th day of December, 2024, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*<u>/s/ Nicholas D. Smith</u>*