UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RACHEL MARIE POWELL,

    *Defendant.*

Case No. 1:21-cr-179-RCL

### ORDER

Upon review of the parties' most recent filings, the Court believes that Ms. Powell's recalculated period of incarceration under the Sentencing Guidelines exceeds 12 months. *See* Gov't Updated Sentencing Mem., ECF No. 135, at 1 (calculating a range of 51–63 months); Def. Resp. at 3 (maintaining that Ms. Powell's offense level is 10 but arguing it is "in no event higher than 14" which would yield a range of 15–21 months). However, a resentencing hearing is still necessary. The parties dispute the extent to which the vacatur of the § 1512(c) conviction affects Ms. Powell's sentence. As such, the Court intends to schedule the resentencing without delay.

It is hereby

**ORDERED** that a resentencing hearing for Ms. Rachel Powell will take place on **Monday, January 6, 2025 at 12:30 pm**, in-person before Judge Lamberth in Courtroom 15.

**IT IS SO ORDERED.**

Date: 12-20-24

Royce C. Lamberth
United States District Judge

1